(Official Form 1) (10/05)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CMC Heartland Partners** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**36-3606608** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**53 W. Jackson Blvd., Suite 1150**<br>**Chicago, IL**<br>ZIPCODE **60604-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business**
(Check **all** applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- [ ] Chapter 13

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

(Official Form 1) (10/05)                                                                                    **FORM B1**, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CMC Heartland Partners** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         Date |

| **Exhibit C** | **Certification Concerning Debt Counseling**<br>**by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☒ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☐ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box)<br><br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

**(Official Form 1) (10/05)**                                                                 **FORM B1**, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CMC Heartland Partners** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
    Printed Name of Foreign Representative

_____
    Date

**Signature of Attorney**

X **/s/ Steven B. Towbin**
_____
    Signature of Attorney for Debtor(s)
**Steven B. Towbin (#2848546)**
_____
    Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
_____
    Firm Name
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60610**
_____
    Address
**312-541-0151 Fax:312-980-3888**
_____
    Telephone Number

_____
    Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence S. Adelson**
_____
    Signature of Authorized Individual

**Lawrence S. Adelson**
_____
    Printed Name of Authorized Individual

**President, CMC/Heartland Partners Holdings, Inc., a Delaware Corporation, general partner of CMC Heartland Partners**
_____
    Title of Authorized Individual

_____
    Date

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

## <u>LIST OF RELATED CASES</u>

On April 28, 2006 each of the related debtors listed below filed for relief under chapter 11 of title 11 of the United States Code.  Each case is pending in the Northern District of Illinois, Eastern Division.

| DEBTOR |
| --- |
| CMC Heartland Partners, a Delaware general partnership |
| CMC/Heartland Partners Holdings, Inc., a Delaware corporation |
| Heartland Partners, L.P., a Delaware limited partnership |
| HTI Interests, LLC, a Delaware limited liability company |
| Heartland Development Corporation, a Delaware Corporation |

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **CMC Heartland Partners** _____    Case No. _____

_____ Debtor(s)    Chapter  __11_____

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

       **See Exhibit C attached hereto.**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

# Exhibit C

**Part 1**

| State, County & Municipality of Property | | Acreage | Description of Threat |
|---|---|---|---|
| MN, Mower County | Austin (Unocal / Otto) | 0.74 | Petroleum releases from prior lessee operations |
| WA, Grant County | Moses Lake (Larson AFB) | 4.29 | Medical waste radioactivity from former US Gov't air force base |
| WI, Chippewa County | Chippewa Falls (Half Interest) | 3.21 | Petroleum releases from prior lessee operations |
| WI, Dane County | Morrisonville | 0.91 | Agricultural chemicals from former lessee operations |
| WI, Sheboygan County | Random Lake | 0.68 | Petroleum releases from prior lessee operations |
| WI, Washington County | Germantown (#4309) | 1.92 | Petroleum releases from adjacent property and agricultural chemicals from former lessee operations |
| Total Known Impacted Sites: | | **11.75** | |

**Part 2**

In addition to the property set forth in Part 1, the debtor also has an interest in property on which there is the potential that an envoremental impact may be found. This potential is based solely on prior use of the property. No sampling has been performed on any of these properties. These properties are set forth below.

| State, County | City | Acreage |
|---|---|---|
| **Major Sites** | | |
| IN, Vigo County | Terre Haute (Yard) | 19.94 |
| Total Major Sites: | | **19.94** |

**Former Lease Sites**

| | | |
|---|---|---|
| IL, Carroll County | Lanark | 0.34 |
| II, Kane County | Hampshire | 0.71 |
| IL, Stephenson County | Freeport | 21.00 |
| *Total Illinois:* | | **22.05** |
| | | |
| IN, Greene County | Linton | 0.16 |
| IN, Greene County | Linton | 1.27 |
| *Total Indiana:* | | **1.43** |
| | | |
| IA, Floyd County | Charles City | 1.26 |
| IA, Floyd County | Charles City | 0.91 |
| IA, Greene County | Adaza | 0.57 |
| IA, Jackson County | Green Island | 3.15 |
| IA, Keokuk County | Richland | 3.29 |
| IA, Keokuk County | Richland | 2.17 |
| IA, Kossuth County | Whittemore | 2.57 |
| IA. Linn County | Cedar Rapids | 0.82 |
| IA, Mitchell County | Otranto | 6.18 |
| IA, Palo Alto County | Cylinder | 1.84 |
| IA, Palo Alto County | Emmetsburg | 0.38 |
| *Total Iowa:* | | ***23.14*** |
| | | |
| MI, Menominee County | Menominee | **0.44** |
| | | |
| MN, Big Stone County | Ortonville | 0.74 |
| MN, Chippewa County | Granite Falls | 0.36 |
| MN, Faribault County | Winnebago | 1.54 |
| MN, Fillmore County | Harmony | 3.87 |
| MN, Freeborn County | Albert Lea | 0.43 |
| MN, Hennepin County | Fort Snelling | 15.00 |
| MN, Martin County | Fairmont | 1.00 |
| MN, Martin County | Granada | 2.49 |
| MN, Martin County | Sherburn | 1.34 |
| MN, Swift County | Appleton | 0.83 |
| MN, Swift County | Appleton | 1.79 |
| MN, Washington County | Newport | 0.83 |

| | | |
|---|---|---|
| *Total Minnesota:* | | ***30.22*** |
| | | |
| MO, Livington County | Ludlow | 1.19 |
| MO, Putnam County | Powersville | 4.62 |
| MO, Putnam County | Powersville | 2.02 |
| MO, Ray County | Lawson | 2.89 |
| *Total Missouri:* | | ***10.72*** |
| | | |
| WI, Calumet County | Hilbert | 0.57 |
| WI, Chippewa County | Chippewa Falls | 0.15 |
| WI, Columbia County | Doylestown | 0.83 |
| WI, Columbia County | Rio | 0.29 |
| WI, Dane County | DeForest | 0.71 |
| WI, Dodge County | Wooland | 0.50 |
| WI, Lincoln County | Tomahawk | 1.62 |
| WI, Marathon County | Mosinee | 1.43 |
| WI, Marathon County | Wausau | 1.12 |
| WI, Monroe County | Sparta | 1.03 |
| WI, Monroe County | Sparta | 0.45 |
| WI, Monroe County | Sparta | 0.17 |
| WI, Monroe County | Sparta | 0.81 |
| WI, Portage County | Junction City | 0.59 |
| WI, Waukesha County | Nashotah | 0.84 |
| WI, Waukesha County | Oconomowoc | 0.27 |
| *Total Wisconsin:* | | ***11.38*** |
| | | |
| **Total Former Leased Sites:** | | **99.38** |
| | | |
| Total Sites of Concern: | | 119.32 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CMC HEARTLAND PARTNERS** | ) | **Case No. 06-** |
| **CMC/HEARTLAND PARTNERS HOLDINGS, INC.** | ) | **Case No. 06-** |
| **HTI INTERESTS LLC** | ) | **Case No. 06-** |
| **HEARTLAND PARTNERS, L.P.** | ) | **Case No. 06-** |
| **HEARTLAND DEVELOPMENT CORPORATION** | ) | **Case No. 06-** |
| | ) | |
| **Debtors** | ) | **Hon.** |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

CMC Heartland Partners, a Delaware general partnership, CMC/Heartland Partners Holdings, Inc., a Delaware corporation, Heartland Partners, L.P., a Delaware limited partnership, HTI Interests, LLC, a Delaware limited liability company, and Heartland Development Corporation, a Delaware Corporation (together the "Debtors"), each filed a petition in this Court on April 28, 2006 for relief under chapter 11 of title 11 of the United States Code. The following is a consolidated list of the Debtors' creditors holding the twenty (20) largest unsecured claims (the "Creditors List") based on the information available to the Debtors at this time. The Creditors List was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d). The Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency qualifies the creditor among the holders of the twenty (20) largest unsecured claims. The information in the Creditors List shall not constitute an admission by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM<br>(Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Montana Dept of Environmental Quality<br>Attn: Laura D. Vachowski<br>1100 N. Last Chance Gulch<br>Helena, Mt 59620 | Montana Dept of Environmental Quality<br>Attn: Laura D. Vachowski<br>1100 N. Last Chance Gulch<br>Helena, Mt 59620<br>Phone: 406-841-5019<br>Fax: 406-841-5050 | Environmental Litigation | Contingent Unliquidated Disputed | $10,000,000.00 |
| Edwin Jacobson<br>Diamond S Ranch<br>434 John Pettus Road<br>Goliad TX 77963 | Edwin Jacobson<br>Diamond S Ranch<br>434 John Pettus Road<br>Goliad, TX 77963<br>Phone: 361-269-7381<br>Fax: 361-269-3782 | Contract Litigation | Contingent Unliquidated Disputed | $12,000,000.00 |
| Trinity Railcar Repair, Inc.<br>c/o Catherin A. Laughner<br>139 North Last Chance Gulch<br>Helena, MT 59601 | Trinity Railcar Repair, Inc.<br>c/o Catherin A. Laughner<br>139 North Last Chance Gulch<br>Helena, MT 59601<br>Phone: 406-443-6820<br>Fax: 406-443-6883 | Environmental Litigation | Contingent Unliquidated Disputed | $10,000,000.00 |
| US Borax<br>Mike Stockman, General Counsel<br>26877 Tourney Road<br>Valencia, CA 91355 | US Borax<br>Mike Stockman, General Counsel<br>26877 Tourney Road<br>Valencia, CA 91355<br>Phone: 805-287-5413<br>Fax: 805-287-5566 | Environmental Litigation | Contingent Unliquidated Disputed | $6,000,000.00 |
| General Motors Corporation<br>WFG- ES<br>Attn: Ed Peterson<br>2000 Centerpoint Parkway<br>Pontiac, MI 48341-3147 | General Motors Corporation<br>WFG- ES<br>Attn: Ed Peterson<br>2000 Centerpoint Parkway<br>Pontiac, MI 48341-3147<br>Phone: 248-753-5849<br>Fax: 248-753-5829 | Environmental Litigation | Contingent Unliquidated Disputed | $328,000.00 |
| METRA<br>Attn: Elizabeth Flood<br>547 W. Jackson, 15th Floor<br>Chicago, IL 60607 | METRA<br>Attn: Elizabeth Flood<br>547 W. Jackson, 15th Floor<br>Chicago, IL 60607<br>Phone: 312-322-6696<br>Fax: 312-322-6698 | Contract Dispute | Contingent Unliquidated Disputed | $38,818.29 |
| Washington County Treasurer<br>Jane Gettleman<br>432 E. Washington Street<br>West Bend, WI 53095 | Washington County Treasurer<br>Jane Gettleman<br>432 E. Washington Street<br>West Bend, WI 53095<br>Phone: 262-335-4324<br>Fax: 262-335-4326 | Property Taxes | | $20,524.44 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM<br>(Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| City of Bozeman<br>Tim Cooper, City Attorney<br>411 E. Main Street<br>Bozeman MT 59771-0000 | City of Bozeman<br>Tim Cooper, City Attorney<br>411 E. Main Street<br>Bozeman MT 59771-0000<br>Phone: 406-582-2313<br>Fax: | Environmental Administrative Proceeding | Contingent Unliquidated Disputed | $1,040,000.00 |
| Empire Building Materials, Inc.<br>PO Box 220<br>Bozeman MT 59771-0220 | Empire Building Materials, Inc.<br>PO Box 220<br>Bozeman MT 59771-0220<br>Phone: 406-587-3191<br>Fax: 406-587-3144 | Environmental Admisitrative Proceeding | Contingent Unliquidated Disputed | $30,000.00 |
| Harrington's Inc.<br>3125 W. Babcock Street<br>Bozeman MT 59718-2651 | Harrington's Inc.<br>3125 W. Babcock Street<br>Bozeman MT 59718-2651<br>Phone:<br>Fax: | Environmental Admisitrative Proceeding | Contingent Unliquidated Disputed | $30,000.00 |
| Simgraf Corporation<br>PO Box 938<br>Bozeman MT 59771-0938 | Simgraf Corporation<br>PO Box 938<br>Bozeman MT 59771-0938<br>Phone:<br>Fax: | Environmental Admisitrative Proceeding | Contingent Unliquidated Disputed | $30,000.00 |
| Story Distributing Co.<br>PO Box 1201<br>Bozeman MT 59771-1201 | Story Distributing Co.<br>PO Box 1201<br>Bozeman MT 59771-1201<br>Phone: 406-587-0702<br>Fax: 406-587-7438 | Environmental Admisitrative Proceeding | Contingent Unliquidated Disputed | $30,000.00 |
| Monroe County Treasurer<br>202 S. K. Street, Room 3<br>Sparta, WI 54656 | Monroe County Treasurer<br>202 S. K. Street, Room 3<br>Sparta, WI 54656<br>Phone: 608-269-8710<br>Fax: 608-269-8958 | Property Taxes | | $8,228.38 |
| SBC<br>Law Department<br>225 W. Randolph, Suite 27A<br>Chicago, IL 60607 | SBC<br>Law Department<br>225 W. Randolph, Suite 27A<br>Chicago, IL 60607<br>Phone: 1-800-244-4444<br>Fax: | Utility | Contingent Unliquidated Disputed | $7,702.12 |
| Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808<br>Phone: 800-927-9800<br>Fax: 302-636-5454 | Trade Debt | | $3,881.00 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM<br>(Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Mower County Treasurer<br>Attn: Doug Grah<br>201 N. 1st Street<br>Austin, MN 55912-3475 | Mower County Treasurer<br>Attn: Doug Grah<br>201 N. 1st Street<br>Austin, MN 55912-3475<br>Phone: 507-437-9440<br>Fax: 507-437-9471 | Property Taxes | | $3,404.80 |
| People of Illinois<br>Office of the Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | People of Illinois<br>Office of the Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | Judgment | Contingent<br>Unliquidated<br>Disputed | $3,018.75 |
| US EPA, Region 5<br>Attn: Tom Krueger<br>77 W. Jackson Blvd.<br>Chicago IL 60604-0000 | US EPA, Region 5<br>Attn: Tom Krueger<br>77 W. Jackson Blvd.<br>Chicago IL 60604-0000<br>Phone: 312-886-0562<br>Fax: 312-886-0747 | Environmental Claim | Contingent<br>Unliquidated<br>Disputed | $6,000,000.00 |
| Canadian Pacific Railway<br>William Tuttle, General Counsel<br>501 Marquette Avenue South<br>Minneapolis MN 55402-0000 | Canadian Pacific Railway<br>William Tuttle, General Counsel<br>501 Marquette Avenue South<br>Minneapolis MN 55402-0000<br>Phone: 800-716-9132<br>Fax: | Contract Claim | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Hennepin County/Marilyn Maloney<br>A2000 Hennepin County Govt Center<br>300 S. Sixth Street<br>Minneapolis MN 55457-0000 | Hennepin County/Marilyn Maloney<br>A2000 Hennepin County Govt Center<br>300 S. Sixth Street<br>Minneapolis MN 55457-0000<br>Phone: 612-348-5550<br>Fax: 612-348-9712 | Environmental Claim | Contingent<br>Unliquidated<br>Disputed | Unknown |

I Lawrence Adelson, on behalf of each of the Debtors, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of the date listed, to the best of my information and belief.

Dated: April 28, 2006

Signature: _Lawrence Adelson_

Lawrence Adelson, Authorized Representative

# United States Bankruptcy Court
## Northern District of Illinois

In re    **CMC Heartland Partners**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of  CMC/Heartland Partners Holdings, Inc., a Delaware Corporation, general partner of CMC Heartland Partners ,

hereby verify that the attached list of creditors and parties listed for notice purposes only is true and correct to the best of my

knowledge.

Date:    April 28, 2006
_____

**/s/ Lawrence S. Adelson**
_____
**Lawrence S. Adelson**
**President, CMC/Heartland Partners Holdings, Inc., a Delaware**
**Corporation, general partner of CMC Heartland Partners**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

      **CMC Heartland Partners**

      Debtor(s)

)  Chapter 11
)  Bankruptcy Case No.
)
)
)

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER   Date: _4/28/06_

A.    To be completed in all cases.

    I(we)  **Lawrence S. Adelson**  and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☒    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Lawrence Adelson_      Signature _____
    **Lawrence S. Adelson**
**President, CMC/Heartland Partners Holdings, Inc., a**      (Joint Debtor)
**Delaware Corporation, general partner of CMC Heartland**
**Partners**

A&E Properties, LLC
attn: William Yoss
6117 S. County HWY G
Janesville, WI 53546


ADP
100 Northwest Point Blvd.
Elk Grove, IL 60007-1018


Advance Mechanical Systems, Inc.
2080 South Carboy
Mount Prospect, IL 60056


Albertsons, Inc. c/o Joseph McKeska
VP of Real Estate Construction
1955 W. North Ave, Building F
Melrose Park, IL 60160


Allright Parking Chicago, Inc.
640 S. Wabash Ave.
Chicago, IL 60605


American Express
PO Box 650448
Dallas, TX 75625-0448


American Stock Exchange LLC
PO Box 777-W8925
Philadelphia, PA 19175-8925


Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606


AT&T
227 W. Monroe Street
13th Floor
Chicago, IL 60606


AT&T
Bankruptcy Dept
36021 S. Rio Grande Ave, 1st Fl
Orlando, FL 32859

AtlAtl
Ed Handl
121002 Browns Gulch Road
Butte, MT 59701


Attorney General Forest County
Attn: Jeff Crawford
1721 W. Canal Street
Milwaukee, WI 53233-2655


BDO Seidman - Attn: Michael J. Finn
233 N. Michigan Ave.
Suite 2500
Chicago, IL 60601


Bowne of Chicago, Inc.
500 W. Madison
Suite 3200
Chicago, IL 60661


Briggs & Morgan
Attn: John Cairns
2200 IDS Center, 80 S. Eighth St.
Minneapolis, MN 55402


Budget Rent A Car System, Inc.
PO Box 95035
Chicago, IL 60695-5035


Building 41 LLC
Attn: Virginia B. Pierce
2538 W. National Ave.
Milwaukee, WI 53204


Canadian National Railroad
Attn: Nina Sayyat
227 Front Street, W. 8th FL.
Toronto Ontario M5V2X7


Canadian Pacific Railway
William Tuttle, General Counsel
501 Marquette Avenue South
Minneapolis, MN 55402

Charles Harrison
328 Sears Drive
Gilberts, IL 60136


Charles Harrison
328 Sears Drive
Gilberts, IL 60136


Chicago Guarantee Survey Company
Greg Hannan
601 S. LaSalle Street
Chicago, IL 60605


Chicago Messenger Service
3188 Eagle Way
Chicago, IL 60678-1318


Chicago Milwaukee St. Paul & Pacifi
Attn; Susan Butler
16775 Scheffer Lane
Huson, MT 59846


Chicago Title Insurance Company
20900 Swenson Drive, Suite 900
Waukesha, WI 53187


City of Austin
500 4th Ave. N.E.
Austin, MN 55912


City of Bozeman
Tim Cooper, City Attorney
411 E. Main Street
Bozeman, MT 59771


City of Chicago
Law Department
121 N. LaSallle Street, Suite 600
Chicago, IL 60602


City of Chicago Department of Reven
False Burlar Alarm Unit
PO BOx 4956
Chicago, IL 60680-4956

City of Harlowton
17 S. Central
Harlowton, MT 59036

City of Milwaukee
Wayne F. Whittow, City Treasurer
Box 78776
Milwaukee, WI 53278-0776

City of Milwaukee
200 E. Wells Street, Room 800
City Hall
Milwaukee, WI 53202-3551

City of St. Paul
15 W. Kellog Blvd.
Saint Paul, MN 55102

City of Wisconsin Dells
Joseph J. Hasler City Attorney
PO Box 231
Reedsburg, WI 53959

Clarion - attn: Richard J. Roddewig
601 S. LaSalle St.
Suite 600
Chicago, IL 60605

Colliers Bennet & Kahnweiler
6250 N. River Road
Des Plaines, IL 60018

Columbia County Treasurer
PO Box 198
Portage, WI 53901

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Conklin & Conklin, LLC
Attn: Thomas W. Conklin, Jr.
53 W. Jackson Blvd., Suite 1150
Chicago, IL 60604

Conklin & Conklin, LLC
Attn: Thomas W. Conklin, Jr.
53 W. Jackson Blvd., Suite 1150
Chicago, IL 60604


Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808


Crawford & Company
PO Box 404325
Atlanta, GA 30384-4325


Crittendon West Park LLC
Crittendon East Park LLC
c/o Sandra J. Crittendon PO Box 719
Preston, WA 98050


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


D. Patrick Mullarkey
Tax Division- Dept of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044


D.A. Alexander, Reg Agent
Story Distributing Company
PO Box 1201
Bozeman, MT 59715


Dan Bernardi
c/o Mercedes Homes
6767 N. Wickham Rd. Suite 500
Melbourne, FL 32940


Dane County Treasurer
PO Box 1229
Madison, WI 53701


Daniel Schwab
303 Allen Street
Random Lake, WI 53075

DataProse
1451 N. Rice Ave
Suite A
Oxnard, CA 93030


David L. Kozisek
3823 N. Keeler
Chicago, IL 60641-3007


Delaware Secretary of State
CSC 2711 Centerville Road
Suite 400
Wilmington, DE 19808


Demetri Konstantelos
5941 N. Bernard
Chicago, IL 60659


Dorsey & Whitney, LLP
Michael Drysdale & Richard Solum
50 S. Sixth Street
Minneapolis, MN 55402-1498


Dorsey & Whitney, LLP
Michael Drysdale & Richard Solum
50 S. Sixth Street
Minneapolis, MN 55402-1498


Dr. Tim Chapin
Dept of Urban & Reg Planning FSU
336 Bellamy Building
Tallahassee, FL 32306-2280


Dynamex
12837 Collections Center Dr.
Chicago, IL 60693


Edward T. Joyce
Edward T. Joyce & Associates, PC
11 S. LaSalle Street, Suite 1600
Chicago, IL 60603


Edwin Jacobson
Diamond S Ranch
434 John Pettus Road
Goliad, TX 77963

Empire Building Materials, Inc.
PO Box 220
Bozeman, MT 59771-0220


Environ International Corp.
David Heidlauf, Sr. Manager
123 N. Wacker Dr., Suite 250
Chicago, IL 60606


Eugene Conroy
22520 W. SE 20th Pl.
Maple Valley, WA 98038


Exponent, Inc.
4940 Pearl East Gate
Suite 700
Boulder, CO 80301


Ezra Zilkha
Zilkha & Son
450 Park Ave., Suite 2102
New York, NY 10022


Falk Corporation
3001 W. Canal Street
Milwaukee, WI 53208


Faribault County Auditor
John L. Thompson
PO Box 130
Blue Earth, MN 56103


Fifield Realty Group
Attn: Steven D. Fifield
20 N. Wacker Dr., Suite 3200
Chicago, IL 60606


Friebert, Finerty & St. John, SC
Two Plaza East
330 E. Kilbourn Ave., Suite 1250
Milwaukee, WI 53202


Fuchs & Roselli, Ltd.
Attn Susan Ghelerter
440 W. Randolph, Suite 500
Chicago, IL 60606

Gary S. Deschene, Trustee
Estate of Carl Weissman & Sons
PO Box 3466
Great Falls, MT 59403-3466


General Motors Corporation- WFG ES
Attn: Ed Peterson
2000 Centerpoint Parkway
Pontiac, MI 48341-3147


General Motors Corporation- WFG ES
Attn: Ed Peterson
2000 Centerpoint Parkway
Pontiac, MI 48341-3147


George Lightbourn
5900 Winnequah Road
Madison, WI 53716


Gill & Tobias, LLP
Attn: Douglas R. Gill
225 N. Bennet Street
Southern Pines, NC 28387


Glendale Water Utility
5909 N. Milwaukee River Parkway
Milwaukee, WI 53209-3815


Godfrey & Kahn, S.C.
Attn: Pamela E. Barker
780 bN. Water Street
Milwaukee, WI 53202


Goetz, Gallick & Baldwin, P.C.
Attn: Brian Gallick
35 N. Grand
Bozeman, MT 59715


Gough Shanahan Johnson & Waterman
Attn: Allan Joselyn
33 S Last Chance Gulch, PO Box 1715
Helena, MT 59624


Group Administrators, Ltd
PO Box 957945
Hoffman Estates, IL 60195-7945

Grubb & Ellis
10275 W. Higgins Road
Suite 300
Des Plaines, IL 60018-5625


Guardian
PO Box 95101
Chicago, IL 60694-5101


Guy Price
2000 Stone Street
Albany, IL 61230


Harrington's Inc.
3125 W. Babcock Street
Bozeman, MT 59718-2651


Hennepin County/Marilyn Maloney
A2000 Hennepin County Govt Center
300 S. Sixth Street
Minneapolis, MN 55457


Hennepin County/Marilyn Maloney
A2000 Hennepin County Govt Center
300 S. Sixth Street
Minneapolis, MN 55457


Holland & Hart, LLP
Robert Lorenz
PO Box 17283
Denver, CO 80217-0283


Housing & Redevelopment Authority
Attn: Thomas W. Smith, Dep Dir.
308 Second Avenue, NE
Austin, MN 55912


Hydrogeological & Modeling Services
Amal Djerrari
1443 Goodrich Ave.
Saint Paul, MN 55105


Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794

Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Imperial Service Systems, Inc.
PO Box 6269
Villa Park, IL 60181


Indiana Dept of Revenue
PO Box 0595
Indianapolis, IN 46206-0595


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


J. R. Julian, P.A.
PO Box 2171
824 Market Street Mall, Ste. 1001
Wilmington, DE 19899


Jacobus Company
Attn: Fred Regenfuss
11815 West Bradley Road
Milwaukee, WI 53213


Jacobus Company
Attn: Fred Regenfuss
11815 West Bradley Road
Milwaukee, WI 53213


Jay Steinberg
321 N. Clark Street, Suite 2800
Chicago, IL 60610


Jenner & Block
Attn: Dan Murray
One IBM Plaza
Chicago, IL 60611


Joe Palmisano
79 W. Monroe St., Suite 826
Chicago, IL 60603

John and Dorothy Edwards
PO Box 220
Saint Maries, ID 83861


John Melaniphy
Melaniphy & Associates, Inc.
6333 N. Milwaukee Ave., Suite 106
Chicago, IL 60646-3744


Joyce Brothers
1717 Tonne Road
Elk Grove Village, IL 60007


Joyce Brothers
1717 Tonne Road
Elk Grove Village, IL 60007


Katten Muchin
Attn: Sheldon Zenner
525 W. Monroe, Suite 1600
Chicago, IL 60661


Kinzie Station Condo Association
c/o Heil, Heil, Smart & Golee
PO Box 5232
Evanston, IL 60204-5232


Ladewig Rechlicz & Iggens
Attn: Richard A. Rechlicz
N 88 W15125 Main Street
Menomonee Falls, WI 53051


Land Rock, Inc.
1250 Larkin Avenue, Suite 100
Elgin, IL 60123


LaSalle Bank
Attn: Rod Murray
135 S. LaSalle Street, Suite 216
Chicago, IL 60603


LaSalle Bank, NA
135 S. LaSalle Street
Chicago, IL 60603

Lawrence S. Adelson
214 17th Street
Wilmette, IL 60091


Lawrence S. Adelson
214 17th Street
Wilmette, IL 60091


Lawyers Club
PO Box 2902
Chicago, IL 60690-2902


Leaf River Telephone Company
102 W. Second Street
Leaf River, IL 61047


LePotomane, Inc.
Attn: Jay Steinberg
55 E. Erie, Suite 1902
Chicago, IL 60611


Lincoln County Treasurer
1110 Main Street
Merrill, WI 54452


Longleaf Associates LP
c/o P. Swanson
401 E. Prospect Ave.
Mount Prospect, IL 60056


Loren Joseph Corp
Calvin Boender
110 N. York Rd
Elmhurst, IL 60126


Madigan & Getzendanner
Attn: Jeff Holland
30 N. LaSalle Street, Suite 3906
Chicago, IL 60602-2507


Marsh SA
Attn: Robert C. Hampel
500 W. Monroe, 24th Floor
Chicago, IL 60661

Marsh USA, Inc.
Attn: Richard Ramlow
500 W. Monroe
Chicago, IL 60661


Martin County Auditor-Treasurer
James Forshee
201 Lake Avenue, Suite 201
Fairmont, MN 56031-1852


MCI Telecommunications Corporation
1133 19th Street, N.W.
Washington, DC 20036


MCI Worldcom
6929 N. Lakewood St.
Tulsa, OK 74117


MCZ/Jameson Development Group
Attn: Steve Mandell
425 W. North Ave.
Chicago, IL 60610


Mercury Business Services
Attn: Accounts Receivable
61 Battertymarch Street
Boston, MA 02110


Mesirow Insurance Services
Attn: Alice Thurman, V.P.
321 N. Clark Street, 11th Floor
Chicago, IL 60610


METRA
attn: Elizabeth FLood
547 W. Jackson, 15th Floor
Chicago, IL 60607


METRA
attn: Elizabeth Flood
547 W. Jackson, 15th Floor
Chicago, IL 60607

Midtown Point LLC
c/o RDM
1200 N Ashland, #400
Chicago, IL 60622


Midwest Rail & Dismantling
Attn: Gerry Bloomberg
4777 W. Lincoln
Milwaukee, WI 53219


Minnesota Department of Agriculture
Attn: Robert Anderson
625 Robert Street North
Saint Paul, MN 55155-2538


Minnesota Pollution Control Agency
520 Lafayette Road
Saint Paul, MN 55155-4194


Monroe County Treasurer
202 S. K Street, Room 3
Sparta, WI 54656


Montana Dept of Env Quality
Attn: Laura D. Vachowski
1100 N. Last Chance Gulch
Helena, MT 59620


Moore O'Connell & Refling
Attn: Barry O'Connell
PO Box 1288
Bozeman, MT 59771-1288


Moore Wallace, an RR Donnelly Co.
22955 Network Place
Chicago, IL 60673-1229


Moore Wallace, and RR Donnelley Co
Attn: Mark Cowen, corp acct manager
16403 Haden Crest Court
Cypress, TX 77429


Morrison & Foerster, LLP
Attn: Michele Corash
425 Market Street
San Francisco, CA 94105

Mossner IDM
200 N. Michigan Ave.
2nd Floor
Chicago, IL 60601


Mower County Treasurer
Doug Grah
201 N. 1st Street
Austin, MN 55912-3475


Near North National Title LLC
222 N. LaSalle Street
Chicago, IL 60601


Norwest Surveying Services, Inc.
301 W. Lincolnway
Morrison, IL 61270


Oasis Enterprises, Inc.
Attn: Sheldon S. Ferkey
2975 Swiggum Lane
Wisconsin Rapids, WI 54495


Oppenheimer Wolff & Donnelly LLP
Attn: Ranelle Leier
45 S. Seventh St., Suite 3300
Minneapolis, MN 55402


Orion Systems
Attn: Mike Benton
106-2 Bartlett
Bartlett, IL 60103


Paul E. Linquist, Project Manager
Real Estate & Remediation Svcs
276 Tank Farm Road
San Luis Obispo, CA 93406


Peer Engineering, Inc.
Attn: Steve Jansen
4801 West 81st St., Suite 118
Minneapolis, MN 55437

People of Illinois
Office of the Attorney General
100 W. Randolph
Chicago, IL 60601


Perkins Coie
Attn: Alex Cole
131 S. Dearborn, Suite 1700
Chicago, IL 60603-5559


Philip I. Mappa Interests
Attn: Philip Mappa
1350 E. Touhy Ave.
Des Plaines, IL 60018


Pitney Bowes Credit Corporation
PO Box 856460
Louisville, KY 40285


PLM Railcar Maintenance Company
50 California Street
San Francisco, CA 94111


PLM Railcar Maintenance Company
655 Montgomery Street
San Francisco, CA 94111


Powell County Attorney
Attn: Chris Miller
409 Missouri Ave.
Deer Lodge, MT 59722


Price Waterhouse Coopers
One N. Wacker Dr.
Chicago, IL 60603-5559


Prime Office Products
400 S. Jefferson Street
Chicago, IL 60607


Principal Financial Group
PO Box 2000
Mason City, IA 50402-2000

Quality Commercial Services
1422 Chalfont Drive
Schaumburg, IL 60194-2732


Quarles & Brady
Attn: Michael Mostow
500 W. Madison, Suite 3700
Chicago, IL 60661


R. Allan Payne
Doney Crowley Bloomquist Payne Uda
44 W. Sixth Street, Suite 200
Helena, MT 59624-1185


Railcar Maintenance Company
A subsidiary of PLM, Inc.
50 California Street
San Francisco, CA 94111


Railcar Maintenance Company
A Division of Transcisco Industries
601 California Street, Suite 1301
San Francisco, CA 94108


Railroad Commissary
5460 Melita Road
Santa Rosa, CA 95409


Railroad Properties, LLC
Attn: George Heidgerken
330 N. Jefferson Court, #315
Chicago, IL 60661


Railroad Properties, LLC
Attn: George Heidgerken
1952 Milwaukee Way
Tacoma, WA 98421


Random Lake Oil Company
Attn: Dan Uelman
224 Allen Street
Random Lake, WI 53075


Richard Brandstatter
245 Kenmore
Elmhurst, IL 60126

Richard Brandstatter
245 Kenmore
Elmhurst, IL 60126


Robert Short, Reg Agent
Pacific Hide and Fur Depot
PO Box 1549
Great Falls, MT 59401


RSM McGladrey
Ryan Stretmater
One S. Wacker Dr., Suite 800
Chicago, IL 60606


Ryan Companies
Attn: MarkSchoening
50 S. 10th Street, Suite 300
Minneapolis, MN 55402-2012


Savin Corp d/b/a Ricoh Business
PO Box 73213
Chicago, IL 60673-7213


SBC
Bill Payment Center
Chicago, IL 60663-0001


SBC
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60607


Seyfarth Shaw LLP
Attn: Andrew R. Laidlaw
55 E. Monroe Street, Suite 4200
Chicago, IL 60603


Sharon L. Truman
2284 W. Barboro Rd
Othello, WA 99344


Sheboygan County Treasurer
508 New York Avenue, Room 109
Sheboygan, WI 53081-4126

Simgraf Corporation
PO Box 938
Bozeman, MT 59771-0938


Simple Distributors, LLC
2000 W. Carroll Ave.
Suite 403
Chicago, IL 60612


Smithfield Properties, LLC
Attn: Bill Smith
400 W. Huron Street
Chicago, IL 60610


Special Asst Atty General
MT Dept of Environmental Quality
1100 N. Last Chance Gulch
Helena, MT 59620


Sprint
PO Box 88026
Chicago, IL 60680-1206


St. Louis Mercantile Library
Thomas Jefferson Library
8001 Natural Bridge Road
Saint Louis, MO 63121


State of Georgia Dept of Revenue
Taypayer Service Division, Ste. 180
Century Boulevard NE
Atlanta, GA 30345-3205


Stephenson County Collector
15 N. Galena Ave.
Freeport, IL 61032


Story Distributing Co.
PO Box 1201
Bozeman, MT 59771-1201


STS Consultants, Ltd.
Attn: Tom Wolf
11425 W. Lake Park Dr.
Milwaukee, WI 53224-3025

Susan Tjarksen-Roussos
650 Isle of Palms
Fort Lauderdale, FL 33301


Suzanne M. Hanaman City Treasurer
5909 N. Milwaukee River Pkwy
Milwaukee, WI 53209


Swanson & Associates
Attn: Paul Swanson
401 E. Prospect Ave., Suite 201
Mount Prospect, IL 60056


TDI
211 E. Ontario
Suite 900
Chicago, IL 60611


TDI
211 E. Ontario
Suite 900
Chicago, IL 60611


The Depository Trust Company
PP Box 27590
New York, NY 10087-7590


The Investor Relations Company
2340 S. River Rd.
Suite 200
Des Plaines, IL 60018


Thomas Conklin
Conklin & Snyder LLC
53 West Jackson Blvd., Ste 1150
Chicago, IL 60604


Thomas Power, Jr.
1340 Greenbrier Road
Libertyville, IL 60048


Town of Windsor
4048 Mueller Rd
De Forest, WI 53532

Transcisco Industries, Inc. - RMC
William S. Karol & Steven Zoellin
601 California Street, Suite 1301
San Francisco, CA 94108


Transcisco Industries, Inc. - RMC
William S. Karol
601 California Street, Suite 1301
San Francisco, CA 94108


Treasurer of Grant Cty Washington
Darryl Pheasant
35 C Street, Rm 204
Ephrata, WA 98823


Trinity Industries, Inc.
Theis Rice, General Counsel
2525 Stemmons Freeway
Dallas, TX 75207


Trinity Rail Services Company
Attn: Steven R. Zoellin
601 California Street, Suite 1301
San Francisco, CA 94108


Trinity Railcar Repair, Inc.
c/o Catherine A. Laughner
139 North Last Chance Gulch
Helena, MT 59601


Trinity Railcar Repair, Inc.
c/o Catherine A. Laughner
139 North Last Chance Gulch
Helena, MT 59601


Union Pacific Railroad
1800 Farnam Street
Omaha, NE 68102


United Data Service Corporation
5356 N. Northwest Highway
Chicago, IL 60630


United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

Urlab, Bowen & Associates, Inc.
120 N. LaSalle Street
Suite 1500
Chicago, IL 60602-2491


US Army Corps of Engineers
Real Estate Division PO Box 3755
4735 E. Marginal Way South
Seattle, WA 98124-2255


US Bank NA
Attn: Beverly Thompson
60 Livingston Ave.
St. Paul, MN 55107


US Borax
Mike Stockman, General Counsel
26877 Tourney Road
Valencia, CA 91355


US EPA Region 10
1200 Sixth Avenue
Seattle, WA 98101


US EPA, Region 5
Attn: Tom Krueger
77 W. Jackson Blvd.
Chicago, IL 60604


US EPA, Region 5
Attn: Richard Nagle
Mail Code C14J
Chicago, IL 60604


US Securities and Exchange Comm
Merri Jo Gillette, Regional Dir
175 W. Jackson Blvd. #900
Chicago, IL 60604


Vedder Price Kaufmann & Kammholz PC
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1003


Verizon Wireless
PO Box 790406
Saint Louis, MO 63179-0406

Verizon Wireless
Operations Support
777 Big Timber Road
Elgin, IL 60123


Viacom
Attn: Sandy Lukic, landlease Div
49-29 Maspeth Ave.
Maspeth, NY 11378


Viking Printing
53 W. Jackson Blvd.
Chicago, IL 60604


Village of Albany
Attn: Greg Anglese
101 N. Lime Street
Albany, IL 61230


Village of Schaumburg
Attn: Elmer Mannina
101 Schaumburg Court
Schaumburg, IL 60193


Washington County Treasurer
Jane Gettleman
432 E. Washington Street
West Bend, WI 53095


Weil Gotshal
200 Crescent Ct.
Suite 300
Dallas, TX 75201


Weinberg Richmond LLP
333 W. Wacker Drive
Suite 1800
Chicago, IL 60606


Weinstine Shirk & Buckwaiter
Attn: Bill Shirk
301 E. Main Street
Morrison, IL 61270

Wildflower, LLC
Attn: Scott J. Bence
W178 N9912 Rivercrest Dr., Ste 101
Germantown, WI 53022


Wildflower, LLC
Attn: Scott J. Bence
W178 N9912 Rivercrest Dr., Ste 101
Germantown, WI 53022


William J. Griffin, P.C.
20 S. Clark St
Chicago, IL 60603


Wisconsin Department of Revenue
P.O. Box 8965
Madison, WI 53708-8965


Wisconsin Dept of Agriculture Trade
and Consumer Protection
2811 Agriculture Dr.
Madison, WI 53708


Wisconsin Dept of Commerce
PO Box 8044
Madison, WI 53708


Wisconsin Dept of Natural Resources
4041 N. Richards Street
Milwaukee, WI 53212


Wisconsin Dept of Natural Resources
990 Hillcrest, Suite 104
Baldwin, WI 54002


Wisconsin Dept of Transportation
Attn: Larry Stein
942 Friesland Road
Marshall, WI 53559


Wisconsin Ethics Bd
44 E. Mifflin St.
Suite 601
Madison, WI 53703

```
Wisconsin River Co-Op Services
Tim Diemert, CEO
351 Railroad Street P.O. Box 729
Adams, WI 53910


Wisconsin State Building Commission
101 E. Wilson Street 7th Floor
Madison, WI 53707


Zigman Joseph Stephenson
Attn: Craig Peterson
735 W. Wisconsin Ave., Suite 1200
Milwaukee, WI 53233
```