UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 11
CMC HEARTLAND PARTNERS, et al., ) Case No. 06-04759
) (Jointly Administered)
)
Debtors. )
) Hon. Eugene R. Wedoff

FILED
OCT - 6 2006
KENNETH S. GARDNER, CLERK

## CLASS G BALLOT FOR ACCEPTING OR REJECTING DEBTORS' JOINT PLAN

This ballot relates to the Second Amended Joint Plan Of Liquidation filed in the above-captioned, jointly-administered cases (the "Plan") pending before the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"). In connection with the Plan, the Debtors have filed their Second Amended Disclosure Statement dated September 1, 2006 (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your interest as a **Unit Holder of Heartland Partners, L.P.** has been placed in **Class G** under the Plan. If your ballot is not returned to and received by the **Clerk of the Bankruptcy Court at 219 South Dearborn St., Room 713, Chicago, IL 60604** on or before **October 26, 2006**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

The undersigned, holder of [INSERT NUMBER OF UNITS HELD] 21,000 Class A Limited Partnership Units of Heartland Partners, L.P., hereby:

[CHECK ONE BOX]

☑ ACCEPTS THE PLAN
☐ REJECTS THE PLAN

Dated: 10-1-06

Telephone: (212) 446-4063

Email: Ayoseloff @ dkpartners.com

Unit Holder: Anthony A. Yoseloff
By: [signature]
Its:
Address: 1 Columbus Place
Apt. N43A
New York NY 10019

{5419 PLN A0141677.DOC}