# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## NOTICE OF MOTION

**TO:**   See attached Service List

**PLEASE TAKE NOTICE** that on **December 21, 2006** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Eugene R. Wedoff**, Bankruptcy Judge, in Courtroom 744 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Final Application For The Allowance And Payment Of Fees Incurred By The Debtors' Consultant, LePetomane XVI, Inc.,** a copy of which is attached hereto and shall pray for the entry of an order in conformity with the prayer of said pleading.

Respectfully submitted,

LePetomane XVIII, Inc., solely in its capacity as Liquidating Trustee for the bankruptcy estates of CMC Heartland Partners *et al.*

Dated:  November 21, 2006

By: */s/ Matthew A. Swanson*
    One of its attorneys

Steven B. Towbin (#2848546)
Matthew A. Swanson (#6273133)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile
*Counsel for the Liquidating Trustee*

{5419 NOM A0144147.DOC 2}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused to be served a copy of the attached **Final Application For The Allowance And Payment Of Fees Incurred By The Debtors' Consultant, LePetomane XVI, Inc.,** upon the below service list, via U.S. Mail delivery on November 21, 2006 and upon the below CM/ECF service list participants by electronic notice on November 21, 2006.

*/s/ Matthew A. Swanson*

**CMC HEARTLAND PARTNERS, *et al.,* Case No. 06-04759**

## SERVICE LIST

Edwin Jacobson
Diamond S. Ranch
434 John Pettus Road
Goliad TX 77963

US Borax
Mike Stockman, General Counsel
26877 Tourney Road
Valencia, CA 91355

Washington County Treasurer
Attn: Jane Gettleman
432 East Washington Street
West Bend, WI 53095

City of Bozeman
Attn: Tim Cooper, City Attorney
411 East Main Street
Bozeman MT 59771

Harrington's Inc.
3125 West Babcock Street
Bozeman, MT 59718-2651

Canadian Pacific Railway
Attn: William Tuttle, General Counsel
501 Marquette Avenue South
Minneapolis, MN 55402-0000

Empire Building Materials, Inc.
P.O. Box 220
Bozeman, MT 59771-0220

Simgraf Corporation
P.O. Box 938
Bozeman, MT 59771-0938

{5419 NOM A0144147.DOC 2}

***Other Parties Requesting Notice:***

Lawrence Adelson
Charles Harrison
CMC Heartland Partners
53 West Jackson Blvd., Suite 1150
Chicago, IL 60604
Phone:   312-834-0592
Fax:      312-341-9151

American Express
Travel Related Services Co. Inc.
c/o Becket and Lee LLP
Attn:  Gilbert B. Weisman
P.O. Box 3001
Malvern, PA 19355-0701
Phone:   610-644-7800
Fax:      610-993-8493

***Counsel for U.S. Trustee***

Kathryn Marie Gleason
Office of the U.S. Trustee
227 West Monroe Street, Suite 3500
Chicago, IL 60606
Phone:   312-886-3327
Fax:      312-886-5794

***Counsel for MDEQ***

R. Allan Payne
Doney Crowley Bloomquist Payne Uda P.C.
Diamond Block, Suite 200
P.O. Box 1185, 44 West 6th Avenue
Helena, MT 59624
Phone:   406-443-2211
Fax:      406-449-8443

***Counsel for EPA***

Laura Thoms
Environmental Enforcement Section
Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Phone:   202-514-5409
Fax:      202-514-0097

## Electronic Mail Notice List

The following is the list of attorneys who are currently on the list to receive e-mail notices.

- **William J. Choslovsky**
  william.choslovsky@dlapiper.com
- **William J Factor**
  wfactor@seyfarth.com
- **Evangelos J. Gegas**
  egegas@dykema.com
- **Gordon E. Gouveia**
  ggouveia@shawgussis.com
- **Gregory J Jordan**
  gjordan@dykema.com
- **Micah R Krohn**
  mkrohn@fgllp.com ccarpenter@fgllp.com
- **Joy E Levy**
  jelevy@arnstein.com
- **Sara E Lorber**
  slorber@seyfarth.com
- **Kenneth A. Michaels**
  kmichaels@bauch-michaels.com pbauch@bauch-michaels.com
- **Travis Rojakovick**
  trojakov@lordbissell.com docket@lordbissell.com;dlewando@lordbissell.com
- **Carolina Y Sales**
  csales@bauch-michaels.com kmichaels@bauch-michaels.com
- **Peter J Schmidt**
  pschmidt@dykema.com
- **Peter J Young**
  peter.young@kattenlaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date:  December 21, 2006 |
| | ) | Hearing Time:  9:30 a.m. |

### FINAL APPLICATION FOR THE ALLOWANCE
### AND PAYMENT OF FEES INCURRED BY THE
### DEBTORS' CONSULTANT, LEPETOMANE XVI, INC.

Le Petomane XVI, Inc., liquidation/asset sale consultant ("LePetomane") for CMC

Heartland Partners and its affiliated debtors (together, the "Debtors"),[1] requests the entry of an

order (the "Application") pursuant to 11 U.S.C. §§ 330 and 331 for the allowance of $36,616.50

in compensation for professional services rendered during the period of September 1, 2006

through November 7, 2006 (the "Application Period") and for the payment of any amounts not

previously remitted to LePetomane under the Administrative Order (as defined below).  In

support of this Application, LePetomane respectfully represents as follows:

### BACKGROUND

1.      On April 28, 2006 (the "Petition Date"), the Debtors filed petitions for relief

under chapter 11 of the Bankruptcy Code.  On November 7, 2006 (the "Effective Date"), the

Bankruptcy Court entered an Order confirming the Debtors' Second Amended Joint Plan of

Liquidation, as Modified (the "Plan").  Pursuant to the Plan, all property of the Debtors' estates

---

[1] The Debtors include: (1) CMC Heartland Partners, a Delaware general partnership; (2)
HTI Interests, LLC, a Delaware limited liability company; (3) Heartland Partners, L.P., a
Delaware limited partnership; (4) CMC/Heartland Partners Holdings, Inc., a Delaware
corporation and (5) Heartland Development Corporation, a Delaware corporation.

{5419 APP A0150334.DOC}

was transferred to a Liquidating Trust for the benefit of the Debtors' creditors and a Liquidating

Trustee was appointed to administer the same.

2.      In addition, under Section 10.1 of the Plan, all final requests for compensation of

professional fees pursuant to 11 U.S.C. §§ 330 and 331 for service rendered prior to the Effective

Date must be filed and served no later than 120 days after the Effective Date.  Objections to any

applications must be filed and served on the requesting party no later than 20 days after service

thereof.

3.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding pursuant to 28 U.S.C. §157(b)(2).

## RETENTION OF LEPETOMANE XVI, INC.

4.      On May 2, 2006, the Debtors applied to this Court for an order approving the

retention of LePetomane as their liquidation/asset sale consultant in connection with these

chapter 11 cases.  On May 9, 2006, this Court entered an order (the "Retention Order")

authorizing the Debtors to employ LePetomane as their consultant effective as of the Petition

Date.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On May 2, 2006, the Debtors also filed their Motion for an Administrative Order

pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals and on May 9, 2006, this Court entered an order

(the "Administrative Order") granting the same.  Pursuant to the Administrative Order, the

Debtors' professionals are eligible to receive eighty percent (80%) of their fees and one-hundred

percent (100%) of their expenses on a monthly basis by submitting, on or before the last day of

each month following the month for which compensation is sought, a monthly statement

detailing the fees and expenses incurred (each a "Monthly Statement").

## THE SERVICES RENDERED BY LEPETOMANE

6.      During the Application Period, LePetomane spent in excess of 92 hours providing

consulting services to the Debtors in connection with their chapter 11 cases.  In an effort to

provide the Court and parties in interest with understandable information concerning the amount

and nature of LePetomane's services during the Application Period, and in compliance with

Local Rule 5082-1, LePetomane's services have been classified into the following four (4)

categories of services which are further reflected at Exhibit B to this Application:

**Matter 1:** Services pertaining to the Debtors' Plan and Disclosure Statement including
advising the Debtors with respect to the terms of the Plan and the proposed form
of confirmation order.

**Matter 2:** Services pertaining to the Debtors' Miles City Litigation including but not limited
to consulting with respect to the adversary proceedings against Trinity Railcar
Repair Inc. ("Trinity") and the Montana Department of Environmental Quality
("DEQ") in the Bankruptcy Court and negotiating a settlement of Trinity's and
DEQ's claims.

**Matter 3:** Services pertaining to environmental issues (other than claims related the Miles
City Litigation) including but not limited to communications and correspondence
with the United States Environmental Protection Agency ("USEPA") and other
environmental authorities and professionals.

**Matter 4:** Services pertaining to general creditor issues including but not consulting with
respect to potential claims and causes of action.

7.      The foregoing professional services rendered by LePetomane during the

Application Period are more specifically described as follows:

**Appendix 1: Plan and Confirmation (Fees: $5,767.00 / Hours: 14.6)**

8.      This subject matter includes services rendered in connection with the Debtors'

Plan and Disclosure Statement, including: (i) preparing for and attending hearings, including the

confirmation hearing, where the Debtors' Plan and Disclosure Statement were discussed and/or

approved; (ii) preparing for and participating in discussions with the Debtors and their attorneys

regarding the Plan, including the abandonment provisions of the Plan; and (iii) reviewing and

revising the form of Liquidating Trust Agreement to be adopted in connection with the Plan.

**Appendix 2: Montana Litigation (Fees: $15,839.50 / Hours: 40.1)**

9.      This subject matter includes services rendered in connection with the Debtors'

recently settled litigation in Miles City, Montana (the "Miles City Litigation"). Services

rendered in connection with this subject matter include: (i) preparing for and participating in

meetings and conference calls with representatives of Trinity and DEQ; (ii) preparing for and

participating in meetings with the Debtors and their attorneys regarding a potential settlement

with Trinity and DEQ; and (iii) reviewing and revising a term sheet and final settlement

agreement with DEQ and Trinity.

**Appendix 3: Environmental Issues (Fees: $11,850.00 / Hours: 30)**

10.     This subject matter includes services rendered in connection with the Debtors'

potential environmental liabilities (other than services rendered in conjunction with the Miles

City Litigation) including but not limited to: (i) communications and correspondence with

environmental authorities, including USEPA regarding resolution of USEPA's objection to

confirmation of the Debtors' Plan; (ii) preparing for and participating in meetings with the

Debtors and their attorneys regarding a potential resolution with USEPA; (iii) drafting and

revising a proposed settlement with USEPA; and (iv) consulting with Environ International

Corp. in connection with the evaluation of the Debtors' potential environmental liabilities.

**Appendix 4: Creditors and Claims (Fees: $3,160.00 / Hours: 8)**

11.     This subject matter includes services rendered in connection with claims asserted

against the Debtors in their chapter 11 cases. Specifically, this subject matter includes: (i)

advising the Debtors with respect to the liquidation of certain claims by and against Mr.

Jacobson; (ii) reviewing the claims filed against the Debtors including the claim filed by U.S.

Borax and advising the Debtors with respect to the same; and (iii) preparing for and participating

in meetings with the Debtors and their attorneys regarding claims filed in the Debtors' cases and

potential objections thereto.

12.    The total amount of compensation sought with respect to the foregoing categories

of services set forth above is $36,616.50. All of the services rendered were performed by Jay A.

Steinberg, president of LePetomane at his Court-approved hourly rate of $395.00. Given the

criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii)

the time spent, (iii) the rates charged for such services, (iv) the performance of the services

within a reasonable amount of time commensurate with the complexity, importance and the

nature of the problem, issue or task addressed, and (v) the reasonableness of the services based

on the compensation charged by comparably skilled practitioners, LePetomane respectfully

submits that this amount represents a fair and reasonable amount for the allowance of

compensation for LePetomane in these cases.

## COMPENSATION RECEIVED TO DATE BY LEPETOMANE

13.    On September 29, 2006, the Debtors' filed their First Interim Application For The

Allowance And Payment Of Fees Incurred By The Debtors' Consultant, Le Petomane XVI, Inc.

(the "First Interim Application") and on October 26, 2006, the Bankruptcy Court entered an

order allowing LePetomane $66,241.50 in interim compensation for the Application Period of

April 28, 2006 through August 31, 2006.

14.    Subsequent to August 31, 2006, LePetomane presented the Debtors and other

parties in interest with the following Monthly Statement:

(i)    Monthly Statement for the period of September 1, 2006 through September 30,
2006 for $19,671.00 in fees of which $15,736.80 was remitted to LePetomane
pursuant to the formula set forth in the Administrative Order;

(ii)     Monthly Statement for the period of October 1, 2006 through November 7, 2006 for $16,945.50 in fees of which it is anticipated that $13,556.40 will be remitted to LePetomane on November 28, 2006 pursuant to the formula set forth in the Administrative Order.

15.     In other words, as of the date of this Application is scheduled to be heard, LePetomane will have received payment of 80% of the fees incurred during the Application Period.

## ADDITIONAL COMPENSATION REQUESTED

16.     Based upon amounts previously remitted to LePetomane pursuant to the Monthly Statements, LePetomane is requesting the allowance and payment of the additional amount of $7,323.30 ($36,616.50 less $29,293.20) in compensation for actual and necessary consulting services rendered by LePetomane.  Other than as provided for and allowed by 11 U.S.C. § 504, LePetomane has no agreement for the sharing or division of any compensation paid or payable to LePetomane.

## NOTICE

17.     Notice of this Application has been provided to those entities designated to receive LePetomane's Monthly Statements by the Administrative Order, the Debtors' twenty largest consolidated creditors and other parties requesting notice in these cases.  Based on the extent of the notice already provided, LePetomane respectfully request that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2002(a)(6) and 9007.

WHEREFORE, LePetomane requests the entry of an order, substantially in the form attached hereto that: (a) allows LePetomane $36,616.50 in interim compensation for the Application Period of September 1, 2006 through November 7, 2006; (b) ratifies the $66,241.50

in interim compensation previously approved in connection with the First Application; (c)

authorizes and directs the Liquidating Trust to pay LePetomane the balance due after credit for

payments received pursuant to the Monthly Statements under the Administrative Order; (d)

waives other and further notice of this hearing with respect to this Application; and (e) provides

LePetomane with such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

Jay A. Steinberg, not individually but
solely as President of LePetomane XVI,
Inc., Court-approved consultant

By: /s/ Jay A. Steinberg

LePetomane XVIII, Inc., solely in its
capacity as Liquidating Trustee for the
bankruptcy estate of CMC Heartland
Partners

Dated: November 21, 2006

Steven B. Towbin (#2848546)
Matthew A. Swanson (#6273133)         By: /s/ Matthew A. Swanson
Shaw Gussis Fishman Glantz                One of its attorneys
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610

*Counsel for the Liquidating Trustee*

{5419 APP A0150334.DOC}                7