# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Proposed Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |
| | ) | |

## ORDER AUTHORIZING DEBTORS TO EMPLOY POPOWCER KATTEN, LTD. AS ACCOUNTANTS

Upon consideration of the application (the "Application")[1] of CMC Heartland Partners, and its affiliated debtor entities, (together the "Debtors") pursuant to 11 §§ 327(a), 328(a) and 1107(a) and Fed. R. Bankr. P. 2014(a), for the entry of an order authorizing the Debtors to employ Lois West and the accounting firm of Popowcer Katten, Ltd. ("PK") as their accountants in connection with the Debtors' chapter 11 cases; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Application is granted.

2. Notice of the Application as provided for therein is sufficient and further notice is waived pursuant to Fed. R. Bankr. P. 9006.

3. The Debtors are authorized to employ PK as its accountants in connection with its chapter 11 case effective as of the Petition Date to render the accounting services set forth in the Application.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

{5149 ORD A0127452.DOC}

4. The compensation and reimbursement provisions set forth in the Application are approved.

5. The Court shall retain jurisdiction to enter an order approving PK's compensation and expense reimbursement upon separate application made therefor.

ENTER: *[signature]*

Dated: **MAY 0 9 2006**

_____
United States Bankruptcy Judge

*Prepared By:*
Robert W. Glantz (#6201207)
Matthew A. Swanson (#6273133)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
Ph: (312) 541-0151
Fax: (312) 980-3888

{5149 ORD A0127452.DOC}	2