# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, et al | ) | Case No. 06-04759 |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## MONTHLY STATEMENT OF ENVIRON INTERNATIONAL CORPORATION, INC. FOR
## INTERIM COMPENSATION AND EXPENSES FOR
## THE PERIOD ENDING SEPTEMBER 30, 2006

ENVIRON International Corporation, Inc., Court Approved Environmental Consultant ("ENVIRON") for CMC Heartland Partners, et al ("CMC") herewith submits its Monthly Statement for the period ending September 30, 2006 pursuant to paragraph 2(a) of the "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals" dated May 9, 2006  (the "Compensation Order").

1.      ENVIRON was approved by this Court to render services as an environmental consultant by an order of this court dated May 9, 2006 (the "Employment Order").

2.      On May 9, 2006 the court entered the Compensation Order that governs procedures for submitting Monthly Statements by professionals.

3.      ENVIRON's  Statement of Services Rendered (the "Invoice") for the period of September 1, 2006 through September 30, 2006 (the "Relevant Period") is annexed hereto and incorporated herein by this reference.

4.      Reimbursement of $413.84 expenses is being sought for the Relevant Period.

5.      ENVIRON rendered 144.6 hours of services that were authorized pursuant to the Employment Order for the benefit of in connection with the above-captioned chapter 11 case during the Relevant Period.  All of the services reflected on the Invoice pertain to the above-

captioned case and were rendered at the request of CMC in the exercise of its rights, powers and duties under 11 U.S.C. §§ 1107 and 1108. At hourly rates, as approved by the Employment Order, the amount due ENVIRON for the services rendered during the Relevant Period and reflected on the Invoice is $20,176.00.

6.     Unless any person receiving this Monthly Statement notifies ENVIRON of any objection within ten (10) days hereof pursuant to Paragraph 2(b) of the Compensation Order, CMC shall promptly pay 80% of the requested compensation and 100% of the expenses set forth in this Monthly Statement. Based on that formula, ENVIRON would be entitled to $16,140.80 in compensation, and $413.84 in expenses, for a total of $16,554.64, unless a timely objection is interposed.

7.     ENVIRON reserves the right to correct, amend or supplement the description and extent of the services rendered and the costs incurred during the Relevant Period as reflected on the Invoice until such time as interim or final compensation requests are heard and determined.

ENVIRON International Corporation, Inc.,

Dated: October 17, 2006

By: ~~David Heidlauf~~
Senior Manager

123 North Wacker Drive, Suite 250
Chicago, IL 60606
(312) 853-9430 telephone
(312) 853-9025 facsimile

2

# E N V I R O N

**INVOICE**

740 Waukegan Road • Suite 401
Deerfield, Illinois 60015
Tel: (847) 444-9200 • Fax: (847) 444-9420

Attn: Larry Adelson
CMC Heartland Partners
53 W. Jackson Blvd.
Suite 1150
Chicago, IL 60604

Invoice Date: October 16, 2006
Invoice Number: 211153
Project Number: 2115625A-C
FIN: 52-1248616

### Re: CMC Heartland

Description of Services for the Period/Month: September 1, 2006 thru September 30, 2006

## 21-15625A - CMC Heartland

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| David Heidlauf | 9.00 | $185.00 | $1,665.00 |
| Erin Bantz | 1.00 | $165.00 | $165.00 |
| Caroline Olson | 4.20 | $95.00 | $399.00 |
| Patty Rodriguez | 8.20 | $75.00 | $615.00 |
| | | **Total for project 21-15625A:** | **$2,844.00** |

## 21-15625B - CMC Lite Yard

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| Mindy Hahn | 13.00 | $185.00 | $2,405.00 |
| David Heidlauf | 13.00 | $185.00 | $2,405.00 |
| Mikkel Hylden | 1.00 | $130.00 | $130.00 |
| Steven Weberski | 0.50 | $75.00 | $37.50 |
| Robbie Smith | 0.50 | $60.00 | $30.00 |
| Sofia Rascon | 0.50 | $60.00 | $30.00 |
| | | **Total for project 21-15625B:** | **$5,037.50** |

## 21-15625C - CMC Miles City

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| David Heidlauf | 40.00 | $185.00 | $7,400.00 |
| Jennifer Wilkie | 3.30 | $165.00 | $544.50 |
| Angie DeDolph | 6.00 | $130.00 | $780.00 |
| Mikkel Hylden | 3.00 | $130.00 | $390.00 |
| Caroline Olson | 2.50 | $95.00 | $237.50 |
| Laura Levine | 8.00 | $95.00 | $760.00 |
| Steven A. Weberski | 2.50 | $75.00 | $187.50 |
| Patty Rodriguez | 10.70 | $75.00 | $802.50 |
| Ed Sanidad | 8.70 | $75.00 | $652.50 |
| Tina Russell | 4.00 | $60.00 | $240.00 |
| Sofia Rascon | 5.00 | $60.00 | $300.00 |
| | | | $12,294.50 |

| Expenses: | | | |
|---|---|---|---|
| Quill Corporation | | | $129.56 |
| Delivery (FedEx) | | | $143.28 |
| David Heidlauf (Notary Fee) | | | $1.00 |
| Lex Business Solutions | | | $140.00 |
| | | | $413.84 |
| | | **Total for project 21-15625C:** | **$12,708.34** |

### INVOICE TOTAL: $20,589.84

Remit To:
ENVIRON International Corporation
P.O. Box 8500-1980
Philadelphia, PA 19178-1980

Wire Transfer Instructions:
ENVIRON International Corporation
At Wachovia Bank N.A. ABA #031201467
Credit Account #2000200146885
Confirmation Number 800-735-3320
Please reference invoice number.

<u>E N V I R O N</u>

Attn: Larry Adelson
CMC Heartland Partners
53 W. Jackson Blvd.
Suite 1150
Chicago, IL 60604

Invoice Date:      October 16, 2006
Invoice Number:  211153
Project Number:  2115625A-C
FIN:                     52-1248616

## Invoice Summary Page

| | |
|---|---|
| Total Expenses | $413.84 |
| Total Services | <u>$20,176.00</u> |
| **Invoice Total** | **$20,589.84** |

### Interim Compensatition Summary

| | |
|---|---|
| 80% of Total Services | $16,140.80 |
| 100% of Expenses | <u>$413.84</u> |
| **Total Interim Compensation** | **$16,554.64** |

# 2115625A
# CMC

# Labor

***ENVIRON***
***Timesheet Description***
September 30, 2006

**Project Code: 2115625A   CMC Heartland Partners**

*BANTZ, ERIN*

| Date | Hours | Description |
|------|-------|-------------|
| 9/27/2006 | 1 | Review of emails and related documents from DOJ and attorney regarding the abandonment of the CMC properties (.6 hours).  Meeting with Dave Heidlauf to discuss SOW moving forward (.4 hours) |
| **Employee** | **1** | |

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|------|-------|-------------|
| 9/11/2006 | 1.5 | 0.2 hr phone call Charlie and Kevin Brehm RE: Random Lake<br>0.3 hr follow-up phone call to Kevin Brehm<br>0.1 hr follow-up phone call to Jay S.<br>0.7 hr review STS Random Lake file<br>0.2 hr email Kevin Brehm |
| 9/14/2006 | 0.3 | 0.3 hr review STS revised Random Lake SOW and send STS a response email |
| 9/26/2006 | 3.5 | 0.2 hr participate in CMC conf. call<br>0.1 hr email Charlie Harrison<br>0.1 hr email Mark and Erin<br>0.1 hr phone Mark Travers<br>2.5 hr review CMC portfolio of sites past analysis<br>0.5 hr web research of EPA's def of imminent and substantial endangerment |
| 9/27/2006 | 0.5 | 0.3 hr phone call Matt Swanson<br>0.1 hr read email from Alan Tenebaum<br>0.1 hr send emails to Erin, Mark and Matt |
| 9/28/2006 | 1.5 | 1.2 hr review and send a half dozen emails<br>0.3 hr phone call with Caroline Olson |
| 9/29/2006 | 1.7 | 0.2 hr phone call Tina Russell RE fee ap<br>0.2 hr phone call Matt Swanson RE fee app and misc sites list'<br>0.2 hr email Matt Swanson modified fee app<br>1.1 hr modify misc site tables |
| **Employee** | **9** | |

*OLSON, CAROLINE*

| Date | Hours | Description |
|------|-------|-------------|
| 9/28/2006 | 2.5 | Creating table of Labor costs for invoice months May-August |
| 9/29/2006 | 1.7 | Reviewing/Triple Checking Table of Labor costs for invoice months May-August |
| **Employee** | **4.2** | |

*RODRIGUEZ, AUREA P.*

| Date | Hours | Description |
|------|-------|-------------|
| 9/1/2006 | 8.2 | Prepared 19 Exhibits and revised. |
| **Employee** | **8.2** | |

# 2115625B
# CMC

# Labor

***ENVIRON***
***Timesheet Description***
September 30, 2006

**Project Code: 2115625B    CMC: Lite Yard Site, Minneapolis MN**

*HAHN, MELINDA W.*

| Date | Hours | Description |
|------|-------|-------------|
| 9/20/2006 | 0.5 | call w/ Dave Heidlauf re: public meeting, project status |
| 9/21/2006 | 1 | review recent site documents, status |
| 9/22/2006 | 1 | review site documents, make travel arrangements for public meeting |
| 9/25/2006 | 1.5 | calls w/ SJ and DH and prep for trip |
| 9/26/2006 | 6 | travel to Minneapolis, visit site, meet w/ SJ, visit site repositories, attend public meeting on risk assessment for residential properties |
| 9/27/2006 | 3 | travel home, phone calls to DH and MAT |
| **Employee** | **13** | |

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|------|-------|-------------|
| 9/12/2006 | 3.9 | 0.3 hr read three Lite Yard Site related emails<br>0.6 hr prepare and send three Lite Yard Site emails<br>0.1 hr phone Cheryl Allen<br>0.1 hr phone Jay S<br>2.8 hr download and read recent documents posted on the EPA and MDA web sites RE: the Lite Yard Site RI/FS and upcoming public meetings |
| 9/15/2006 | 2 | 2.0 hrs Review Sept 06 Site Health Assessment |
| 9/20/2006 | 1 | 0.3 hr phone call Steve W.<br>0.3 hr send three emails to Mindy Hahn<br>0.4 hr phone call with Mindy Hahn |
| 9/21/2006 | 0.9 | 0.5 hr phone call Steve Jansen<br>0.2 hr phone call Mindy Hahn<br>0.2 hr email Mindy Hahn and Charlie Harrison |
| 9/22/2006 | 0.5 | 0.2 hr web search for Lite Yard Site News Paper Articles,<br>0.2 hr review Star Tribune and The Bridge news paper ariticles,<br>0.1 hr discuss project status with Mark Travers |
| 9/25/2006 | 2.7 | 0.4 hr phone call with Tom P. of epa<br>0.3 hr email to Mindy Hahn<br>2.0 hr download and review HRSII documentation |
| 9/26/2006 | 1.2 | 0.4 hr review EPA removal action guidance<br>0.3 hr phone call with Mindy Hahn<br>0.5 hr web research re site proposal to the NPL |
| 9/27/2006 | 0.5 | 0.3 hr phone call with Mindy Hahn<br>0.1 hr review Minneapolis star Tribune<br>0.1 hr email Mark, Jay, Matt |
| 9/28/2006 | 0.3 | 0.3 hr phone call with Steve Jansen |
| **Employee** | **13** | |

*HYLDEN, MIKKEL*

| Date | Hours | Description |
|------|-------|-------------|
| 9/28/2006 | 1 | Monthly ESite hosting and maintenance |
| **Employee** | **1** | |

*RASCON, ANA S.*

| Date | Hours | Description |
|------|-------|-------------|
| 9/20/2006 | 0.5 | Send out documents to Mindy Hanh |
| **Employee** | **0.5** | |

*10-Oct-06   1:27 PM*                        ***ENVIRON***                        *Page 488 of 695*
***Timesheet Description***
September 30, 2006

*SMITH, ROBERTA*

| Date | Hours | Description |
|------|-------|-------------|
| 9/22/2006 | 0.5 | hotel/car reservations for MH |
| **Employee** | **0.5** | |

*WEBERSKI, STEVEN A.*

| Date | Hours | Description |
|------|-------|-------------|
| 9/20/2006 | 0.5 | made copies |
| **Employee** | **0.5** | |

# 2115625C
## CMC

# Labor & Expenses

10-Oct-06                                    1:27 PM        *ENVIRON*        *Page 489 of 695*
                                          *Timesheet Description*
                                           September 30, 2006
            **Project Code: 2115625C**    **CMC: Miles City, MT. Rail Yard Site**

*DEDOLPH, ANGELA*

| Date | Hours | Description |
|------|-------|-------------|
| 9/5/2006 | 5 | Review documents/data |
| 9/6/2006 | 1 | Review documents/data |
| **Employee** | **6** | |

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|------|-------|-------------|
| 9/1/2006 | 7 | 1.5 hr work with Patty on Figure Exhibits<br>5.5 hr work on gathering info and creating oil recovery and chronology exhibits |
| 9/4/2006 | 4 | 4.0 hr read depositions in prep for trial |
| 9/5/2006 | 9 | 3.0 hr Work with Patty R on exhibit preparation<br>6.0 hr Prepare for Deposition |
| 9/6/2006 | 10.5 | 2.5 hr work with Ed on Exhibit prep.<br>2.5 hr prepare for deposition<br>5.5 hr deposition |
| 9/7/2006 | 2.5 | 1.0 hr gather information to email to Alan in follow-up of deposition<br>0.5  hr discuss Miles City status with Jay Steinberg<br>1.0  hr begin work on glossary for trial |
| 9/8/2006 | 2.1 | 0.2 hrs receive and send email to Tim Fox<br>0.7 hrs organize materials for trial prep<br>1.0 hrs make travel arrangements to Montana for trial<br>0.1 hrs phone call Jay Steinberg<br>0.1 hrs phone call to Allan J. |
| 9/11/2006 | 0.5 | 0.1 hr phone Jay S.<br>0.1 hr phone call to ATLATL<br>0.1 hr phone call Charlie Harrison<br>0.2 hr organize project records to prepare for storage |
| 9/12/2006 | 2.9 | 0.2 hr receive and respond to email from Noreen ericks RE: Deposition Transcripts<br>2.7 hr review project cost, prepare monthly statement, prepare draft fee application |
| 9/18/2006 | 0.5 | 0.5 hr review draft settlement agreement |
| 9/25/2006 | 1 | 1 hr work on fee application to obtain 20% holdback amount |
| **Employee** | **40** | |

*HYLDEN, MIKKEL*

| Date | Hours | Description |
|------|-------|-------------|
| 9/28/2006 | 3 | Monthly ESite hosting and maintenance |
| **Employee** | **3** | |

*LEVINE, LAURA*

| Date | Hours | Description |
|------|-------|-------------|
| 9/1/2006 | 8 | litigation support |
| **Employee** | **8** | |

*OLSON, CAROLINE*

| Date | Hours | Description |
|------|-------|-------------|
| 9/1/2006 | 2.5 | working on charts/graphs for Miles City Oil Recovery |
| **Employee** | **2.5** | |

*RASCON, ANA S.*

| Date | Hours | Description |
|------|-------|-------------|

***ENVIRON***
                            *Timesheet Description*
                            September 30, 2006

| | | |
|---|---|---|
| 9/6/2006 | 2.5 | Prepare and send Fedex out; and make 3 sets of copies of invoices; assist David on copying and scaning |
| 9/15/2006 | 2.5 | Copy and send out Certified Mail the CMC Invoice |
| **Employee** | **5** | |

RODRIGUEZ, AUREA P.

| Date | Hours | Description |
|---|---|---|
| 9/3/2006 | 3 | Continued revising 19 Exhibits. |
| 9/5/2006 | 7.7 | Prepare/Revise 21 Exhibits. |
| **Employee** | **10.7** | |

RUSSELL, CHRISTINA

| Date | Hours | Description |
|---|---|---|
| 9/5/2006 | 2 | Timesheet prep for deposition |
| 9/13/2006 | 2 | Completed invoice prep and distribution |
| **Employee** | **4** | |

SANIDAD, EDWARD

| Date | Hours | Description |
|---|---|---|
| 9/1/2006 | 5.6 | Work on figures showing property features prevailing in1920's, 1940's and 1970's. |
| 9/6/2006 | 3.1 | Revised 15 figures as per instructions from D. Heidlauf. Convert figures to PDF's and send to D. Heidlauf. |
| **Employee** | **8.7** | |

WEBERSKI, STEVEN A.

| Date | Hours | Description |
|---|---|---|
| 9/1/2006 | 2 | data entry / created graphs |
| 9/13/2006 | 0.5 | locating files |
| **Employee** | **2.5** | |

WILKIE, JENNIFER

| Date | Hours | Description |
|---|---|---|
| 9/7/2006 | 3 | 2.8 hr Litigation Support:  Assist with trial preparation 0.2 Internal meeting w/ Dave H to discuss trial preparation |
| 9/8/2006 | 0.3 | Meeting with Dave H. to discuss assistance with trial preparation |
| **Employee** | **3.3** | |



**QUILL** *So Fast. So Simple.*

**INVOICE**

P.O. BOX 94081  PALATINE, IL  60094-4081
CUSTOMER SERVICE  1-800-789-8965
SEE REVERSE FOR LOCATION INFORMATION
TIN 36-2952904

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE |
|---|---|---|
| D2942673 | 9127006 | 08/21/06 |
| 5014 | TERMS-NET 30 | 3 |

AUG 23 2006

ENVIRON INTERNATIONAL CORP
740 WAUKEGAN RD STE 401
DEERFIELD IL 60015-5503

SHIP TO:
ENVIRON
123 N WACKER DR STE 250
CHICAGO                    IL 60606

| | | CUSTOMER REF P.O. | WORK ORDER NO. | DATE ORDERED | DATE SHIPPED | LINE | WEIGHT | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|
| 1 | N | RASCONSOFIA | D 9787126 | 08/18/06 | 08/19/06 | 15 | D | BEST METHOD |

| STOCK NUMBER | DESCRIPTION | COLOR | F/P | QUANTITY SHIPPED | UNIT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| AVE11372 | AVERY LEGAL INDEX EXHIBIT DIVI | | P | 5.0 | ST | 8.110 | 40.55 |
| AVE11396 | AVERY LEGAL INDEX EXHIBIT DIVI | | P | 5.0 | ST | 8.110 | 40.55 |
| AVE11397 | AVERY LEGAL INDEX EXHIBIT DIVI | | P | 5.0 | ST | 8.110 | 40.55 |

```
************************************************
**YOUR SUPPLIES. YOUR SATISFACTION. YOUR SUCCESS!
**WE'LL GET YOU WHAT YOU NEED FAST! VISIT QUILL.COM
**FOR EVERYTHING WE HAVE TO OFFER.
************************************************
```

DATE RECEIVED  8/23/06

162723

PROJECT  2115625C

RECEIVED
SEP 21 2006
ENVIRON

SIGNATURE  _Sofia_

GENERAL LEDGER# 2115-5565

| MDSE TOTAL | TAX | HANDLING PACKAGING | FREIGHT | INVOICE TOTAL | PAYMENTS APPLIED | CREDITS/REBATES APPLIED | PAYABLE IN U.S. DOLLARS | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| 121.65 | 7.91 | | | 129.56 | | | | $129.56 |

**CUSTOMER IS RESPONSIBLE FOR COLLECTION FEES, COURT COSTS AND REASONABLE ATTORNEY FEES TO COLLECT UNPAID ACCOUNTS**

## ENVIRON EXPENSE REPORT – BILLABLE PROJECTS

| Employee Name<br>David Heidlauf | | Employee #<br>1717 | | Office Location<br>Chicago | | Department<br>2115 | | | Client/Business Purpose:<br>Notary Fee for Deposition |
|---|---|---|---|---|---|---|---|---|---|

| | Date 09/04/06 | | | | | | | Totals | Accounting Codes | Explanation of Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract/B & P # | #2115625C | | | | | | | | | |
| Air Transportation | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 5410 | |
| Hotel (including tax) | | | | | | | | $ - | 5410 | |
| Rental Car and Taxi | | | | | | | | $ - | 5410 | |
| Parking, Tolls, and Gas | | | | | | | | $ - | 5410 | |
| Private Auto Miles | | | | | | | | | | |
| Private Auto @0.445/mile | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 5410 | |
| Meals and Entertainment | | | | | | | | $ - | 5450 | |
| Phone | | | | | | | | $ - | 5961 | |
| Field Supplies | | | | | | | | $ - | 5565 | |
| Photography | | | | | | | | $ - | 5953 | |
| Other - Explain 2 | $ 1.00 | | | | | | | $ 1.00 | 5969 | Notary Fee for Deposition — w/ receipt |
| Other - Explain 2 | | | | | | | | $ - | | paid cash |
| Totals | $ 1.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

**APPROVALS**

Employee Signature _____

Date   18-Sep-06

Principal/Manager Approval _____

Date _____

| | | |
|---|---|---|
| GRAND TOTAL | $ | 1.00 |
| Less: Advance | $ | - |
| Less: Personal | $ | - |
| AMOUNT DUE | $ | 1.00 |

**Instructions \ Notes**

1. Do not attach receipts to this form. Please attach envelope w/ receipts or tape to separate page.

2. For all "OTHER" entries please see office accounting staff correct coding.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-392-32705 | Sep 04, 2006 | 2231-9199-1 | 7 of 31 |

Dropped off: Aug 25 2006          Cust. Ref: 21416525          Ref. #2:
Payor: Shipper                    Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 6
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790048614645 | Sofia Rascon | Timothy C Fox | |
| Service Type | FedEx Priority Overnight | ENVIRON CORPORATION | Gough, Shanahan, Johnson & Wat | |
| Package Type | Customer Packaging | 123 North Wacker Drive | 33 S Last Chance Gulch | |
| Zone | 06 | CHICAGO IL 60606 US | HELENA MT 59601 US | |
| Packages | 1 | | | |
| Rated Weight | 18.0 lbs, 8.2 kgs | Transportation Charge | | 84.50 |
| Delivered | Aug 26, 2006  10:53 | Discount | | -48.17 |
| Svc Area | AA | Fuel Surcharge | | 5.81 |
| Signed By | B.NEWBOX | Saturday Delivery | | 7.00 |
| FedEx Use | 000000000/0001574/_ | Total Charge | USD | $49.14 |

Dropped off: Aug 25 2006          Cust. Ref: 21187747K          Ref. #2:
Payor: Shipper                    Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 2
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | | |
|---|---|---|---|
| Tracking ID | 790539623( | | |
| Service Type | FedEx Pric | | |
| Package Type | FedEx Pak | | |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | |
| Delivered | Aug 28, 2006  09:14 | Discount | |
| Svc Area | A1 | Fuel Surcharge | |
| Signed By | D.HAYDEN | Total Charge | USD |
| FedEx Use | 000000000/0001486/_ | | |

Dropped off: Aug 25 2006          Cust. Ref: 21w00a          Ref. #2:
Payor: Shipper                    Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 3
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
• We calculated your charges based on a dimensional weight of 39.0 lbs.,19" x 19" x 21", divided by 194.

| INET | | Sender | |
|---|---|---|---|
| Tracking ID | 790539842709 | | |
| Service Type | FedEx Standa | | |
| Package Type | Customer Pac. | | |
| Zone | 03 | | |
| Packages | 1 | | |
| Actual Weight | 15.0 lbs, 6.8 kgs | | |
| Rated Weight | 39.0 lbs, 17.7 kr | | |
| Declared Value | USD 1,500.00 | Transportation Charge | |
| Delivered | Aug 28, 2006  08:00 | Declared Value Charge | |
| Svc Area | A1 | Fuel Surcharge | |
| Signed By | K.NAGEL | Discount | |
| FedEx Use | 000000000/0001305/_ | Total Charge | USD |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-392-32705 | Sep 04, 2006 | 2231-9199-1 | 6 of 31 |

**Dropped off Aug 24, 2006**     **Cust. Ref: 211-0057A**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, A6, AM, PM, and RM service areas.
- Distance Based Pricing, Zone 5
- Package Delivered to Recipient Address - Release Authorized

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 7921897419 | | | |
| Service Type | FedEx 2Day | | | |
| Package Type | FedEx Envel | | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | |
| Delivered | Aug 28, 2006 11:50 | Delivery Area Surcharge | | |
| Svc Area | AM | Fuel Surcharge | | |
| Signed By | 9999999999999 | Discount | | |
| FedEx Use | 000000000/0001111/02 | Residential Delivery | | |
| | | Total Charge | USD | |

**Dropped off Aug 25, 2006**     **Cust. Ref: 2116494K**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET

| | | | |
|---|---|---|---|
| Tracking ID | 790047: | | |
| Service Type | FedEx : | | |
| Package Type | FedEx F | | |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Aug 28, 2006 12:28 | Transportation Charge | |
| Svc Area | A1 | Fuel Surcharge | |
| Signed By | P.VOLCHER | Discount | |
| FedEx Use | 000000000/0001305/_ | Total Charge | USD |

**Dropped off Aug 25, 2006**     **Cust. Ref: 2115628**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 6
- 1st attempt Aug 26, 2006 at 10:40 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790049611278 | Sofia Rascon | Allan Payne | |
| Service Type | FedEx Priority Overnight | ENVIRON CORPORATION | Doney, Crowley, Bloomquist, Pa | |
| Package Type | Customer Packaging | 123 North Wacker Drive | 44 W. 6th Ave. | |
| Zone | 06 | CHICAGO IL 60606 US | HELENA MT 59601 US | |
| Packages | 1 | | | |
| Rated Weight | 17.0 lbs, 7.7 kgs | Transportation Charge | | 82.60 |
| Delivered | Aug 28, 2006 09:48 | Discount | | -47.08 |
| Svc Area | AA | Saturday Delivery | | 7.00 |
| Signed By | T.SCHWANBERG | Fuel Surcharge | | 5.68 |
| FedEx Use | 000000000/0001574/_ | Total Charge | USD | $48.20 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-392-32705 | Sep 04, 2006 | 2231-9199-1 | 20 of 31 |

**Dropped off Aug 29, 2006**    **Cust. Ref. 21BP2337**    Ref. #2:
**Payor: Shipper**    Ref. #3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 2

INET
| | | | | |
|---|---|---|---|---|
| Tracking ID | 79054395 | | | |
| Service Type | FedEx F | | | |
| Package Type | FedEx F | | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 30, 2006 10:10 | Transportation Charge | | |
| Svc Area | A1 | Fuel Surcharge | | |
| Signed By | K.WRANGLER | Discount | | |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | |

**Dropped off Aug 29, 2006**    **Cust. Ref. 21-15625C**    Ref. #2:
**Payor: Shipper**    Ref. #3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 6
• Package sent from: 60062 zip code

INET
| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 790543079486 | David Heidlauf | Timothy C. Fox | |
| Service Type | FedEx Priority Overnight | ENVIRON International Corproat | Gough, Shanahan, Johnson & Wat | |
| Package Type | FedEx Envelope | 123 North Wacker Drive | 33 South Last Chance Gulch | |
| Zone | 06 | CHICAGO IL 60606 US | HELENA MT 59601 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 30, 2006 09:51 | Transportation Charge | | 19.30 |
| Svc Area | AA | Fuel Surcharge | | 1.54 |
| Signed By | E.GRAHAM | Discount | | -9.65 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$11.19** |

**Dropped off Aug 29, 2006**    **Cust. Ref. 21BP2302**    Ref. #2:
**Payor: Shipper**    Ref. #3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 2
• Package Delivered to Recipient Address - Release Authorized

INET
| | | | |
|---|---|---|---|
| Tracking ID | 7911( | | |
| Service Type | FedE | | |
| Package Type | FedE | | |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Aug 30, 2006 10:29 | Discount | |
| Svc Area | A1 | Fuel Surcharge | |
| Signed By | 9999999999999 | Residential Delivery | |
| FedEx Use | 000000000/0000186/02 | **Total Charge** | **USD** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-392-32705 | Sep 04, 2006 | 2231-9199-1 | 11 of 31 |

Dropped off: Aug 25, 2006                    Cust. Ref: 2115525U                    Ref. #2:
Payor: Shipper                                Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 2
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 791535076084 | Sofia Rascon | Daniel W. Tarpey | |
| Service Type | FedEx Priority Overnight | ENVIRON CORPORATION | Seyfarth Shaw LLP | |
| Package Type | Customer Packaging | 123 North Wacker Drive | 131 S. Dearborn Street | |
| Zone | 02 | CHICAGO IL 60606 US | CHICAGO IL 60603 US | |
| Packages | 1 | | | |
| Rated Weight | 15.0 lbs, 6.8 kgs | Transportation Charge | | 30.85 |
| Delivered | Aug 26, 2006  09:55 | Discount | | -16.66 |
| Svc Area | A1 | Saturday Delivery | | 7.00 |
| Signed By | J.MILLER | Fuel Surcharge | | 2.27 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$23.46** |

Dropped off: Aug 25, 2006                    Cust. Ref: 2116434K                    Ref. #2:
Payor: Shipper                                Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 3
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | | |
|---|---|---|---|
| Tracking ID | 79219018962: | | |
| Service Type | FedEx Priorit | | |
| Package Type | FedEx Pak | | |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 k; | | |
| Delivered | Aug 28, 2006  09:49 | Transportation Charge | |
| Svc Area | A1 | Discount | |
| Signed By | H.GROSS | Fuel Surcharge | |
| FedEx Use | 000000000/0001508/_ | **Total Charge** | USD |

Dropped off: Aug 25, 2006                    Cust. Ref: 2116434K                    Ref. #2:
Payor: Shipper                                Ref. #3:

• Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
• Distance Based Pricing, Zone 8
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | | |
|---|---|---|---|
| Tracking ID | | | |
| .Service Type | | | |
| Package Type | | | |
| Zone | | | |
| Packages | 1 | | |
| Rated Weight | | | |
| Delivered | Aug 28, 2006  10:07 | Transportation Charge | |
| Svc Area | A1 | Fuel Surcharge | |
| Signed By | R.SID | Discount | |
| FedEx Use | 000000000/0001415/_ | **Total Charge** | USD |

# FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-404-30949 | Sep 11, 2006 | 2231-9199-1 | 6 of 15 |

**Dropped off:** Sep 05, 2006          **Cust. Ref.:** 2)wloa          **Ref. #2:**
**Payor:** Shipper          **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 5
• FedEx has audited this shipment for cc                          ...de are reflected in the invoice amount

INET
| | |
|---|---|
| Tracking ID | 790058756954 |
| Service Type | FedEx Standard Over: |
| Package Type | FedEx Box |
| Zone | 05 |
| Packages | 1 |
| Rated Weight | 1.0 lbs, 0.5 kgs |
| Declared Value | USD 450.00 |
| Delivered | Sep 06, 2006 13:18 |
| Svc Area | A2 |
| Signed By | K.BRANDUA |
| FedEx Use | 000000000/0001349/_ |

**Dropped off:** Sep 05, 2006          **Cust. Ref.:** 2) 1562SC          **Ref. #2:**
**Payor:** Shipper          **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 6

INET
| | | | | |
|---|---|---|---|---|
| Tracking ID | 790059148956 | **Sender** | | **Recipient** |
| Service Type | FedEx Priority Overnight | David Heidlauf | | Alan Joscelyn |
| Package Type | FedEx Envelope | ENVIRON CORPORATION | | Gough, Shanahan, Johnson & Wat |
| Zone | 06 | 123 N. Wacker Dr., Suite 250 | | 33 South Last Chance Gulch |
| Packages | 1 | CHICAGO IL 60606 US | | HELENA MT 59624 US |
| Rated Weight | N/A | | | |
| Delivered | Sep 06, 2006 10:00 | Transportation Charge | | 19.30 |
| Svc Area | AA | Discount | | -9.65 |
| Signed By | L.HICKS | Fuel Surcharge | | 1.64 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $11.29 |

**Dropped off:** Sep 05, 2006          **Cust. Ref.:** 2)wloa          **Ref. #2:**
**Payor:** Shipper          **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing,

INET
| | | | | |
|---|---|---|---|---|
| Tracking ID | 790550471 | | | |
| Service Type | FedEx St | | | |
| Package Type | FedEx r | | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 500.00 | Transportation Charge | | |
| Delivered | Sep 06, 2006 08:18 | Fuel Surcharge | | |
| Svc Area | A1 | Declared Value Charge | | |
| Signed By | A.HAMBY | Discount | | |
| FedEx Use | 000000000/0000233/_ | Total Charge | USD | |

ST V261-2 (12/04)



# LEX
## BUSINESS SOLUTIONS®

# Invoice

**Bill To:**
Environ
740 Waukegan Road
Deerfield IL 60015

| | |
|---|---|
| Invoice # | I19105150A |
| Invoice Date | 9/5/2006 |
| Job # | J19105150 |
| Customer # | F1911145 |

**Payment Terms** NET 30 DAYS

# Detail

| Order Date | Ordered By | Ordered For | Client/Matter # | Consultant |
|---|---|---|---|---|
| 9/5/2006 | David Heidlauf | Dave Hideloft | 21-15625C | Daniel Kinsley |

| Description | Originals | Sets | Quantity | Ext Price |
|---|---|---|---|---|
| Binder - 5" | 4.00 | 1.00 | 4.00 | $140.00 |

DATE RECEIVED 9-5-06
PROJECT 21-15625 S
SIGNATURE
GENERAL LEDGER
# 2115-5959
DH

**Send Payment To:**
LEX Business Solutions
P.O. Box 631521
Baltimore, MD 21263-1521

**Federal Tax ID: 54-1738758**

Invoice #: I19105150A
Customer #: F1911145

# Remittance

| | |
|---|---|
| Subtotal | $140.00 |
| Sales Tax | $0.00 |
| Misc/Postage | $0.00 |
| Delivery | $0.00 |
| Less Adjustment | $0.00 |
| **Total** | **$140.00** |
| Date Due | 10/5/2006 |

## a DAATA management company

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. The account will be assessed a 1.5 % monthly late fee for all invoices 30 days or more in arrears. In the event LEX, Inc. does not receive prompt payment for services rendered, Lex Inc. reserves the right to retain outside legal and/or collection services. The client will be liable for collection costs incurred by Lex, Inc. to include but not limited to; attorney fees, collection agency fees, and court costs.

**Received and Approved by:** _____    **Date:** 9-5-06

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, et al | ) | Case No. 06-04759 |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## MONTHLY STATEMENT OF ENVIRON INTERNATIONAL CORPORATION, INC.
## FOR
## INTERIM COMPENSATION AND EXPENSES FOR
## THE PERIOD ENDING NOVEMBER 7, 2006

ENVIRON International Corporation, Inc., Court Approved Environmental Consultant

("ENVIRON") for CMC Heartland Partners, et al ("CMC") herewith submits its Monthly

Statement for the period ending November 7, 2006 pursuant to paragraph 2(a) of the

"Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses for Professionals" dated May 9, 2006  (the "Compensation Order").

1.      ENVIRON was approved by this Court to render services as an environmental

consultant by an order of this court dated May 9, 2006 (the "Employment Order").

2.      On May 9, 2006 the court entered the Compensation Order that governs

procedures for submitting Monthly Statements by professionals.

3.      ENVIRON's  Statement of Services Rendered (the "Invoice") for the period of

October 1, 2006 through November 7, 2006 (the "Relevant Period") is annexed hereto and

incorporated herein by this reference.

4.      Reimbursement of $19.92 expenses is being sought for the Relevant Period.

5.      ENVIRON rendered 71.9 hours of services that were authorized pursuant to the

Employment Order for the benefit of in connection with the above-captioned chapter 11 case

during the Relevant Period.  All of the services reflected on the Invoice pertain to the above-

captioned case and were rendered at the request of CMC in the exercise of its rights, powers and
duties under 11 U.S.C. §§ 1107 and 1108.  At hourly rates, as approved by the Employment
Order, the amount due ENVIRON for the services rendered during the Relevant Period and
reflected on the Invoice is $13,445.03.

      6.     Unless any person receiving this Monthly Statement notifies ENVIRON of any
objection within ten (10) days hereof pursuant to Paragraph 2(b) of the Compensation Order,
CMC shall promptly pay 80% of the requested compensation and 100% of the expenses set forth
in this Monthly Statement.  Based on that formula, ENVIRON would be entitled to $10,756.02
in compensation, and $19.92 in expenses, for a total of $10,775.94, unless a timely objection is
interposed.

      7.     ENVIRON reserves the right to correct, amend or supplement the description and
extent of the services rendered and the costs incurred during the Relevant Period as reflected on
the Invoice until such time as interim or final compensation requests are heard and determined.

ENVIRON International Corporation,
Inc.,

Dated:  November 17, 2006

By: _____
    David Heidlauf
    Senior Manager

123 North Wacker Drive, Suite 250
Chicago, IL 60606
(312) 853-9430  telephone
(312) 853-9025  facsimile

# ENVIRON

INVOICE

740 Waukegan Road • Suite 401
Deerfield, Illinois 60015
Tel: (847) 444-9200 • Fax: (847) 444-9420

Attn: Jay Steinberg
LePetomane XVIII, Inc. not individuallu but solely a
representative capacity
55 E Erie, Unit 1902
Chicago, IL 60611

**Invoice Date:** November 17, 2006
**Invoice Number:** 212619
**Project Number:** 2115625A-C
**FIN:** 52-1248616

### Re: CMC Heartland

Description of Services for the Period/Month: October 1, 2006 thru November 7, 2006

## 21-15625A - CMC Heartland

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| Mark Travers | 2.00 | $215.00 | $430.00 |
| David Heidlauf | 39.60 | $185.00 | $7,326.00 |
| Robert Coffman | 2.00 | $185.00 | $370.00 |
| Erin Bantz | 6.50 | $165.00 | $1,072.50 |
| Anna Woehrle | 1.00 | $60.00 | $60.00 |
| Sofia Rason | 2.50 | $60.00 | $150.00 |
| Tina Russell | 4.00 | $60.00 | $240.00 |
| | | | $9,648.50 |
| **Expenses:** | | | |
| David Heidlauf (Expenses) | | | $9.85 |
| | | | $9.85 |
| | **Total for project 21-15625A:** | | $9,658.35 |

## 21-15625B - CMC Lite Yard

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| Mindy Hahn | 3.00 | $185.00 | $555.00 |
| David Heidlauf | 8.10 | $185.00 | $1,498.50 |
| Mikkel Hylden | 1.00 | $130.00 | $130.00 |
| Caroline Olson | 1.30 | $95.00 | $123.50 |
| | | | $2,307.00 |
| **Expenses:** | | | |
| Mindy Hahn (Travel Expenses) | | | $1,060.80 |
| Overnight Delivery (Federal Express) | | | $14.18 |
| Lex Business Solutions | | | $248.05 |
| | | | $1,323.03 |
| | **Total for project 21-15625B:** | | $3,630.03 |

## 21-15625C - CMC Miles City

Technical Support

| Labor: | Hours | Rate | |
|---|---|---|---|
| David Heidlauf | 0.90 | $185.00 | $166.50 |
| | | | $166.50 |
| **Expenses:** | | | |
| Delivery (FedEx) | | | $10.07 |
| | | | $10.07 |
| | **Total for project 21-15625C:** | | $176.57 |

### INVOICE TOTAL:   $13,464.95

Remit To:
ENVIRON International Corporation
P.O. Box 8500-1980
Philadelphia, PA 19178-1980

Wire Transfer Instructions:
ENVIRON International Corporation
At Wachovia Bank N.A. ABA #031201467
Credit Account #2000200146885
Confirmation Number 800-735-3320
Please reference invoice number.

# 2115625A
# CMC Heartland Partners

# Labor and Expenses

***ENVIRON***
                                            ***Timesheet Description***
                                              October 31, 2006
            **Project Code: 2115625A**    **CMC Heartland Partners**

*BANTZ, ERIN*

| Date | Hours | Description |
|------|-------|-------------|
| 10/2/2006 | 0.5 | Review of revsied summary table of leased properties (0.5 hours). |
| 10/2/2006 | 1 | Meetings with D. Heidlauf and M. Travers to discuss proposed SOW (1 hour). |
| 10/3/2006 | 0.4 | Meeting with David Heidlauf to discuss SOW and costs movinig forward |
| 10/3/2006 | 0.1 | reivew of summary table |
| 10/4/2006 | 0.2 | Review of correspondence and documents (summary table). |
| 10/12/2006 | 0.2 | Review of latest correspondence with agency regarding abandonment of 14 sites. |
| 10/17/2006 | 0.3 | Discuss path moving forward with D. Hiedlauf (.3 hr) |
| 10/17/2006 | 0.2 | Review of latest project correspondenc |
| 10/17/2006 | 0.5 | preparation of scope of work for Phase |
| 10/18/2006 | 0.2 | Discuss SOW with D. Heilauf |
| 10/18/2006 | 0.2 | Discuss SOW with M. Travers |
| 10/18/2006 | 0.6 | Prepare SOW |
| 10/27/2006 | 0.3 | Meeting with D. Heidlauf and J. Steinberg to discuss comments from DOJ |
| 10/27/2006 | 0.3 | Review revised letter to DOJ and give comments to D. Heidlauf |
| 10/27/2006 | 0.5 | Review project correspondence and latest Confirmation Order Document |
| 10/27/2006 | 0.3 | Conference call with D. Heidlauf and C. Olson |
| 10/27/2006 | 0.2 | Research state standards for ammonia and nitrogen |
| 10/27/2006 | 0.3 | Review of latest confirmation order document |
| 10/27/2006 | 0.2 | nitrogen sampling research |
| **Employee** | **6.5** ✓ | |

*COFFMAN, ROBERT*

| Date | Hours | Description |
|------|-------|-------------|
| 10/24/2006 | 2 | |
| **Employee** | **2** ✓ | |

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|------|-------|-------------|
| 10/2/2006 | | 0.5 hr research "endangerment standard" |
| 10/2/2006 | | 0.5 hr meet wt Mark T. & Erin B. RE: "endangerment standard" for abandonment |
| 10/2/2006 | | 0.5 hr review and organize misc sites records |
| 10/3/2006 | | 0.3 hr Phone call with Kevin Brehm at STS |
| | | 0.5 hr phone call with Leo Linnemanstons at STS |
| | | 0.3 hr two phone calls to AFFCEE |
| | | 0.5 hr phone call with Wallace Reid of EPA |
| | | 0.5 hr phone call with Marcia Knadle of EPA |
| | | 0.2 hr phone call and email with/to Cindy Schuster of EPA |
| | | 0.3 hr phone call with Matt Swanson of Shaw Guiss |
| | | 0.4 hr phone call with Charlie Harrison of CMC |
| | | 0.8 hr web research for Moses Lake |
| | | 2.5 hr review misc. sites files |
| | | 0.7 hr prep misc. sites email to Matt Swanson |
| 10/4/2006 | 1.1 | 1.1 hr review Matt's revised table and email; respond back via email with my comments |

*07-Nov-06 5:46 PM*                    ***ENVIRON***                    ***Page 495 of 710***
                                   ***Timesheet Description***
                                        October 31, 2006

| | |
|---|---|
| 10/5/2006 | 0.1 email from Charlie Harrison Germantown |
| | 0.1 email from Marcia K Moses Lake |
| | 0.2 multiple emails with Matt Swanson RE Fee Application |
| | 0.2 phone call with Sofia RE Fee Application |
| 10/9/2006 | 1.3 hrs print and review three Germantown emails, review proposed scope and budget, groundwater |
| | flow maps, historical site info, etc. |
| | 0.5 hr two phone calls with Leo L. of STS RE: Germantown |
| | 0.1 hr email Charlie H. |
| | 0.1 hr review Matt Swanson email |
| 10/10/2006 | 0.3 hr read and respond to three STS Germantown emails |
| | 0.2 hr read Matt Swanson email |
| | 0.3 hr discuss project status with Jay Steinberg |
| 10/11/2006 | 0.3 hr read and respond to three STS/CMC emails RE Morrisonville |
| | 0.2 hr discuss upcoming Nov. 7 bankruptcy status hearing |
| 10/12/2006 | 0.4 hr read Matt Swanson ltr to DOJ, |
| | 0.2 hr discuss with Erin Bantz, |
| | 0.4 hr prep email to Mark T / status update |
| 10/16/2006 | 0.3 hr discuss Moses Lake FSs with Caroline O. |
| | 0.2 hr draft fee applicatoin review |
| 10/17/2006 | 0.3 hr prep Sept. invoice / fee app |
| | 0.5 hr travel to and from Shaw Guisis office |
| | 1.0 hr conf. call with Laura Thoms from DOJ |
| | 1.0 hr post call meeting with team to discuss path forward |
| | 0.2 hr meet with Erin Bantz to provide her with update |
| | 0.3 hr review Moses Lake Area 29 FS info. |
| 10/18/2006 | 0.5 hr review Matt S. draft environmental write-up |
| | 0.5 hr web research of "Imminent and Substantial Endangerment" |
| | 0.2 hr review Erin B. draft SOW |
| | 0.3 hr phone call with Bob D. RE: "Imminent and Substantial Endangerment" |
| | 0.7 hr review STS Dr Germantown Work Plan |
| 10/19/2006 | 0.5 hr review STS draft letters, budgets, and work plans |
| | 0.8 hr phone call with Leo L from STS RE: three STS CMC sites |
| | 0.2 hr phone call with Matt S. |
| 10/20/2006 | 0.5 Review STS emails |
| 10/25/2006 | 0.3 review two STS emails about three Wisconsin remediation sites |
| 10/26/2006 | 0.4 hr prep for and attend Fee App Court Hearing |
| | 0.2 hr follow-on discussion with Lois West RE: ENVIRON fee App |
| | 0.1 hr discuss Wisconsin STS schedule |
| | 0.3 hr phone call with Leo L. of STS RE: draft Morrisonville Remediation Plans |
| 10/27/2006 | 1.0 review draft CMC text for bankruptcy conf. plan |
| | 1.0 phone call with Laura Thoms of DOJ |
| | 1.0 assist Jay S. with his prelim revisions |
| | 3.0 work on ENVIRON's edit of revisions |
| | 0.2 hr review STS Wisconsin email |
| 10/28/2006 | 1.0 mutilple emails with Mark Travers and Jay S. RE: CMC revised draft to go with bankruptcy conf. order |
| 10/29/2006 | 0.5 mutiple emails with Mark Travers and Jay S. RE: revised draft CMC environmental text to bankruptcy conf. order |
| 10/30/2006 | 2.0 attend meeting at Shaw Guiss with jay, Matt, and Steve to go over revision to Environmental portion of bankruptcy plan |
| | 0.5 phone call and email to Mark T. RE: revision to plan |
| | 0.3 review Jay S. final revision to plan emailed to DOJ |
| 10/31/2006 | 0.3 phone call with Charlie Harrison RE: Morristown |

**ENVIRON**
***Timesheet Description***
October 31, 2006

| | | |
|---|---|---|
| 11/1/2006 | | 1.3 hr review multiple emails from Matt Swanson RE: Draft Order |
| | | 0.3 hr discuss Draft Order issues with Jay Steinberg |
| | | 0.4 hr multiple phone calls with Matt Swanson to discuss Draft Order changes |
| 11/2/2006 | | 0.5 meet with Jay Steinberg - discuss draft order, modifications with conf. of plan, staffing issues |
| | | 0.5 meet with Caroline Olson and phone discussion with mark F. RE: EPA draft site parameters |
| | | 0.5 review revised draft DOJ agreement |
| | | 0.2 phone Matt Swanson |
| 11/3/2006 | | 0.5 review final DOJ plan |
| | | 0.2 phone Matt Swanson |
| | | 0.2 phone Jay Steinberg |
| | | 0.2 phone Charlie Peterson |
| | | 0.2 phone Mark Travers |
| **Employee** | 39.6 ✓ | |

**RASCON, ANA S.**

| Date | Hours | Description |
|---|---|---|
| 10/17/2006 | 2.5 | Sent out Certified Invoices to the Distrubution list |
| **Employee** | 2.5 ✓ | |

**RUSSELL, CHRISTINA**

| Date | Hours | Description |
|---|---|---|
| 10/10/2006 | 1 | Invoice Prep |
| 10/16/2006 | 1 | invoice prep |
| 11/7/2006 | 2 | invoice prep |
| **Employee** | 4 ✓ | |

**WOEHRLE, ANNA**

| Date | Hours | Description |
|---|---|---|
| 11/1/2006 | 0.5 | Scanning/e-mailing |
| 11/2/2006 | 0.5 | Scanning/e-mailing |
| **Employee** | 1 ✓ | |

**TRAVERS, MARK**

| Date | Hours | Description |
|---|---|---|
| 10/9/2006 | 1 | Moses Lake FS |
| 10/19/2006 | 0.5 | Site Mgt |
| 10/25/2006 | 0.5 | Site Mgt |
| **Employee** | 2 ✓ | |

## ENVIRON EXPENSE REPORT - BILLABLE PROJECTS

| Employee Name | David Heidlauf | | | | Office Location | Chicago | Employee # | 1717 | Department | 2115 | Client/Business Purpose: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Date | 10/18/06 | | | | | | | | | Order Document from NTIS to support project work |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Contract/B & P # | 121-15625A | | | | | | | | | Totals | Accounting Codes | Explanation of Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Transportation | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | 5410 | |
| Hotel (including tax) | | | | | | | | | $ - | 5410 | |
| Rental Car and Taxi | | | | | | | | | $ - | 5410 | |
| Parking, Tolls, and Gas | | | | | | | | | $ - | 5410 | |
| Private Auto Miles | | | | | | | | | | | |
| Private Auto @0.445/mile | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | 5410 | |
| Meals and Entertainment | | | | | | | | | $ - | 5450 | |
| Phone | | | | | | | | | $ - | 5961 | |
| Field Supplies | | | | | | | | | $ - | 5565 | |
| Photography | | | | | | | | | $ - | 5953 | |
| Other - Explain 2 | $ 8.95 | | | | | | | | $ 8.95 | 5943 | Ordered USEPA Document Titled "Determination of Imminent and Substantial Endangerment for Removal Act. |
| Other - Explain 2 | | | | | | | | | $ - | | |
| Totals | $ 8.95 | $ - | $ - | $ - | $ - | $ - | $ - | | $ 8.95 | | |

**APPROVALS**

Employee Signature _____

Date _18-Oct-06_

Principal/Manager Approval _____

Date _____

GRAND TOTAL    $ 8.95

Less:    Advance    $ -

Less:    Personal    $ -

AMOUNT DUE    $ 8.95

**Instructions \ Notes**

1  Do not attach receipts to this form.  Please attach envelope w/ receipts or tape to separate page.

2  For all "OTHER" entries please see office accounting staff correct coding.

# 2115625B
# CMC Lite Yard Site Minneapolis, MN

# Labor and Expenses

*07-Nov-06 5:46 PM*
**ENVIRON**
*Timesheet Description*
October 31, 2006
*Page 497 of 710*

**Project Code: 2115625B**    **CMC: Lite Yard Site, Minneapolis MN**

*HAHN, MELINDA W.*

| Date | Hours | Description |
|---|---|---|
| 10/24/2006 | 3 | review NPL proposal, HRS scoring documents |
| **Employee** | **3** ✓ | |

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|---|---|---|
| 10/10/2006 | | 0.2 hr discuss Lite Yard Site Proposed NPL listing with Jay Steinberg |
| 10/12/2006 | | 0.1 hr Phone call with tim Prenderville (EPA RPM) |
| | | 0.1 hr Phone call with Mindy Hahn |
| 10/13/2006 | | 0.5 hr meet with Caroline Olson RE EPA's HRS II package |
| 10/16/2006 | | 1.0 hr review Lite Yard Site file prior to meeting with Tim P., |
| | | 1.0 hr meeting with Tim Prendiville - site RPM, |
| | | 1.5 hr Review EPA records at EPA records center, |
| | | 1.3 hr print and review EPA administrative record, |
| | | 0.2 hr coordinate with LEX to copy selected documents from EPA records |
| 10/17/2006 | | 1.3 hr review Lite Yard Site documents |
| | | 0.2 hr phone Mindy Hahn RE: Lite Yard Site |
| | | 0.3 hr prep sept. invoice / fee application |
| 10/26/2006 | | 0.4 hr prep for and attend Fee App Court Hearing |
| **Employee** | **8.1** ✓ | |

*HYLDEN, MIKKEL*

| Date | Hours | Description |
|---|---|---|
| 10/27/2006 | 1 | Monthly ESite hosting and maintenance |
| **Employee** | **1** ✓ | |

*OLSON, CAROLINE*

| Date | Hours | Description |
|---|---|---|
| 10/13/2006 | 1.3 | discussions with Dave regarding history of Lite Yard site in MN, history of HRS, formation of HRS II, |
| **Employee** | **1.3** ✓ | |

# ENVIRON EXPENSE REPORT - BILLABLE PROJECTS

| Employee Name | | Employee # | Office Location | Department | | Accounting Codes | Client/Business Purpose: Travel to Minneapolis to attend September 26 public meeting |
|---|---|---|---|---|---|---|---|
| Mindy Hahn | | 1233 | Austin | 2612 | | | |
| Date | 09/26/06 | 09/27/07 | | | Totals | | Explanation of Expenses |
| Contract/B & P # | 2115625B | 2115625B | | | | | |
| Air Transportation | $ 629.21 ① | | $ - | $ - | $ 629.21 | 5410 | |
| Hotel (including tax) | | $ 163.05 ② | $ - | $ - | $ 163.05 | 5410 | |
| Rental Car and Taxi | | $ 97.75 ③ | $ - | $ - | $ 97.75 | 5410 | |
| Parking, Tolls, and Gas | | $ 22.31 ④ | $ - | $ - | $ 22.31 | 5410 | |
| Private Auto Miles | | | | | | | |
| Private Auto @ 0.445/mile | $ - ⑤ | $ - ⑥ | $ - | $ - | $ - | 5410 | |
| Meals and Entertainment | $ 43.97 | $ 8.07 | $ - | $ - | $ 52.04 | 5450 | Dinner for MWH and Steve Jansen of Peer between site visit and public meeting |
| Phone | | | | | $ - | 5961 | |
| Field Supplies | | | | | $ - | 5565 | |
| Photography | | | | | $ - | 5953 | |
| Other - Explain 2 | | | | | $ - | | |
| Other - Explain 2 | | | | | $ - | | |
| Totals | $ 673.18 | $ 291.18 | $ - | $ - | $ 964.36 | | |

| | |
|---|---|
| GRAND TOTAL | $ 964.36 |
| Less: Advance | $ - |
| Less: Personal | $ - |
| AMOUNT DUE | $ 964.36 |

**APPROVALS**

Employee Signature _(signature)_

Date  30-Oct-06

Principal/Manager Approval _(signature)_

Date _____

**Instructions \ Notes**

1  Do not attach receipts to this form. Please attach envelope w/ receipts or tape to separate page.

2  For all "OTHER" entries please see office accounting staff correct coding.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-430-16870 | Sep 25, 2006 | 2231-9199-1 | 15 of 20 |

**Dropped off: Sep 20, 2006**     **Cust. Ref: 21-16625B**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 5
• Package Delivered to Recipient Address - Release Authorized

INET
| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 798502908695 | David Heidlauf | Mindy Hahn | |
| Service Type | FedEx Priority Overnight | ENVIRON CORPORATION | ENVIRON International Corporat | |
| Package Type | FedEx Envelope | 123 N. Wacker Dr., Suite 250 | 10500 Lorin Drive | |
| Zone | 05 | CHICAGO IL 60606 US | AUSTIN TX 78750 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 18.45 |
| Delivered | Sep 21, 2006  09:10 | Discount | | -9.23 |
| Svc Area | A1 | Fuel Surcharge | | 1.57 |
| Signed By | 9999999999999 | Residential Delivery | | 2.10 |
| FedEx Use | 000000000/0000219/02 | Total Charge | USD | $12.89 |

**Dropped off: Sep 20, 2006**     **Cust. Ref: 21W LOA**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 3
• Package sent from: 43228 zip code

USAB
| | | | | |
|---|---|---|---|---|
| Tracking ID | 854030! | | | |
| Service Type | FedEx F | | | |
| Package Type | FedEx E | | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 100.00 | Transportation Charge | | |
| Delivered | Sep 21, 2006  08:30 | Declared Value Charge | | |
| Svc Area | A1 | Fuel Surcharge | | |
| Signed By | R.SMITH | Discount | | |
| FedEx Use | 026314741/0000197/_ | Total Charge | USD | |

**Dropped off: Sep 21, 2006**     **Cust. Ref: 21-6565!**     **Ref. #2:**
**Payor: Shipper**     **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 5
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| | | | | |
|---|---|---|---|---|
| Tracking ID | 7911282386C | | | |
| Service Type | FedEx Prior: | | | |
| Package Type | FedEx Pak | | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | |
| Delivered | Sep 22, 2006  09:46 | | | |
| Svc Area | A1 | Discount | | |
| Signed By | D.ZINK | Fuel Surcharge | | |
| FedEx Use | 000000000/0001552/_ | Total Charge | USD | |



# LEX
## BUSINESS SOLUTIONS ®

# Invoice

*Bill To:*
Environ
740 Waukegan Road
Suite 401
Deerfield IL 60015

| | |
|---|---|
| Invoice # | I19105189A |
| Invoice Date | 10/17/2006 |
| Job # | J19105189 |
| Customer # | F1911145 |

**Payment Terms** **NET 30 DAYS**

# Detail

| **Order Date** | **Ordered By** | **Client/Matter #** | **Consultant** |
|---|---|---|---|
| 10/17/2006 | David Heidlauf | 21-15625B | House Account |

| **Description** | **Originals** | **Sets** | **Quantity** | **Ext Price** |
|---|---|---|---|---|
| Litigation - Heavy | 278.00 | 1.00 | 278.00 | $41.70 |
| Color - 8.5 X 11 | 62.00 | 1.00 | 62.00 | $55.80 |
| Oversize - Color - Per Sq. Ft. | 12.00 | 1.00 | 12.00 | $120.00 |
| Color - 11 X 17 | 2.00 | 2.00 | 4.00 | $8.00 |

DATE RECEIVED ___10/17/06___

PROJECT ___2115625B___

SIGNATURE _____

GENERAL LEDGER# ___2115-5959___ _D4_

# Remittance

**Send Payment To:**
LEX Business Solutions
P.O. Box 631521
Baltimore, MD 21263-1521

**Federal Tax ID: 54-1738758**

Invoice #: I19105189A
Customer #: F1911145

| | |
|---|---|
| Subtotal | $225.50 |
| Sales Tax | $0.00 |
| Misc/Postage | $0.00 |
| Delivery | $0.00 |
| Less Adjustment | $0.00 |
| **Total** | **$225.50** |
| **Date Due** | **11/16/2006** |

**a DAATA management company**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. The account will be assessed a 1.5 % monthly late fee for all invoices 30 days or more in arrears. In the event LEX, Inc. does not receive prompt payment for services rendered, Lex Inc. reserves the right to retain outside legal and/or collection services. The client will be liable for collection costs incurred by Lex, Inc. to include but not limited to; attorney fees, collection agency fees and court costs.

**Received and Approved by:** _____    Date: ___10-17-06___

# 2115625C
# CMC Miles City, MT Rail Yard Site

# Labor and Expenses

*07-Nov-06  5:46 PM*                          ***ENVIRON***
                                          ***Timesheet Description***
                                            October 31, 2006
              ***Project Code:*** **2115625C**    **CMC: Miles City, MT. Rail Yard Site**

*HEIDLAUF, DAVID*

| Date | Hours | Description |
|------|-------|-------------|
| 10/16/2006 | | 0.2 hr draft fee application review |
| 10/17/2006 | | 0.3 hr prep. Sept. invoice / fee app. |
| 10/26/2006 | | 0.4 hr prep for and attend Fee App Court Hearing |
| **Employee** | **0.9** | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-443-12000 | Oct 02, 2006 | 2231-9199-1 | 9 of 29 |

**Dropped off:** Sep 24, 2006   **Cust. Ref.:** PELMINEY LAPORTE 21-14 3   **Ref. #2:**
**Payer:** Shipper                  **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 3
• Package sent from: 60004 zip code
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USAB
| | | | |
|---|---|---|---|
| Tracking ID | 855887866122 | | |
| Service Type | FedEx Express | | |
| Package Type | FedEx Pak | | |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | |
| Delivered | Sep 27, 2006 11:36 | Delivery Area Surcharge-Commercial | |
| Svc Area | A3 | Discount | |
| Signed By | L.YEAGER | Fuel Surcharge | USD |
| FedEx Use | 026823099/0007169/_ | Total Charge | |

**Dropped off:** Sep 25, 2006   **Cust. Ref.:** 21-15625C   **Ref. #2:**
**Payer:** Shipper                  **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 2
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
• The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

INET
| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 790078799190 | David Heidlauf | Matthew A Swanson |
| Service Type | FedEx Priority Overnight | ENVIRON CORPORATION | Shaw Gussis Fishman Glantz Wol |
| Package Type | FedEx Pak | 123 N. Wacker Dr., Suite 250 | 321 N. Clark Street |
| Zone | 02 | CHICAGO IL 60606 US | CHICAGO IL 60610 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 17.00 |
| Delivered | Sep 26, 2006 09:10 | Discount | -9.18 |
| Svc Area | A1 | Fuel Surcharge | 1.33 |
| Signed By | B.TOLBERT | Total Charge | USD  $9.15 |
| FedEx Use | 000000000/0001486/_ | | |

**Dropped off:** Sep 25, 2006   **Cust. Ref.:** 02-13011U   **Ref. #2:**
**Payer:** Shipper                  **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 5
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 790570420147 | | |
| Service Type | FedEx Express | | |
| Package Type | FedEx Pak | | |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | |
| Delivered | Sep 27, 2006 09:32 | Discount | |
| Svc Area | AA | Fuel Surcharge | USD |
| Signed By | J.PARRAGUE | Total Charge | |
| FedEx Use | 000000000/0007173/_ | | |