**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) ) | Case No. 06-04759 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |
| | ) ) | |

**ORDER APPROVING FINAL APPLICATION OF SHAW GUSSIS, COUNSEL TO THE DEBTORS, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION, THE REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Upon consideration of the application (the "Application")[1] of Steven B. Towbin and the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (collectively, "Shaw Gussis") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331 for the allowance and payment of $64,932.00 in interim compensation for over 220 hours of professional services rendered, and the reimbursement of $12,493.06 for costs incurred incidental to those services, to CMC Heartland Partners and its affiliated debtors (the "Debtors") between September 1, 2006 and November 7, 2006 (the "Application Period"); due and proper notice of the Application having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. Shaw Gussis is allowed $64,932.00 in interim compensation for the Application Period of September 1, 2006 through November 7, 2006.

2. Shaw Gussis is allowed $12,493.06 in expense reimbursement for the Application Period of September 1, 2006 through November 7, 2006.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

{5419 APP A0155781.DOC}

3. The Debtors are authorized and directed to pay Shaw Gussis the balance due after credit for payments received by Shaw Gussis pursuant to the Monthly Statements under the Administrative Order.

4. Shaw Gussis' prior award of $221,783.00 in compensation for services rendered during the First Application Period and for $12,648.09 in expense reimbursement incurred in connection therewith is hereby affirmed and thus Shaw Gussis is allowed $286,715.00 in final compensation in connection with services rendered in the Debtors' cases and $25,141.15 in final expense reimbursement in connection with such services.

5. Other and further notice of the hearing on the Application is excused for cause shown.

**ENTER:**

Dated: February __, 2007

_____
**Bankruptcy Judge**

*Prepared by:*
Steven B. Towbin (#2848546)
Matthew A. Swanson (#6273133)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60601
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
*Attorneys for the Debtors*

{5419 APP A0155781.DOC}    2