

# Katten
#### Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*
**Viktoria Proctor**
312-577-8527
FEIN: 36-2796532

525 W. Monroe Street
Chicago, IL 60661-3693

October 12, 2006

CMC Heartland Partners
Attn: Lawrence S. Adelson, Esq.
53 West Jackson Boulevard
Suite 1150
Chicago, IL 60604

Invoice No. 1300370427
Client No. 320050

**Re:** **Edwin Jacobson Employment Agreement** Firm Matter No. (00001)

| | |
|---|---:|
| For legal services rendered through September 30, 2006 | $1,255.00 |
| Disbursements | $142.95 |
| **CURRENT INVOICE CHARGES:** | **$1,397.95** |
| **PRIOR UNPAID BALANCE (See Remittance Page for Detail):** | $31,328.41 |
| **TOTAL BALANCE DUE:** | **$32,726.36** |

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership, including professional corporations, that has elected to be governed by the Illinois Uniform Partnership Act (1997).

CMC Heartland Partners  320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300370427

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 09/11/06 | Mathie, Belinda I. | Exchange emails with M. Tully, W. Dorsey, and P. Kim relating to record on interlocutory appeal issues associated with plaintiff's appeal of trial court's grant of summary judgment to certain defendants. | 0.20 |
| 09/20/06 | Mathie, Belinda I. | Exchange emails with M. Pitz and confer with M. Pitz regarding client documents re: record on appeal. | 0.20 |
| 09/20/06 | Dorsey, William J. | Prepare for and attend hearing; conference with M. Tully re expert discovery schedule. | 1.20 |
| 09/20/06 | Pitz, Megan K. | Review, organize, and index multiple sets of case documents in preparation for review by attorneys to record on appeal. | 5.00 |
| 09/29/06 | Dorsey, William J. | Conference with J. Piell re case status and status of Jacobson case against investors. | 0.40 |
| | | **Total Hours:** | **7.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 34312 | Dorsey, William J. | 1.60 | 375.00 | $600.00 |
| 32657 | Mathie, Belinda I. | 0.40 | 325.00 | $130.00 |
| 41134 | Pitz, Megan K. | 5.00 | 105.00 | $525.00 |
| | **Current Fees for Matter 00001:** | **7.00** | | **$1,255.00** |

CMC Heartland Partners  320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300370427

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 09/15/06 | Photocopies for 09/14/2006 | 25.80 |
| 09/19/06 | Photocopies for 09/18/2006 | 0.60 |
| 09/20/06 | Photocopies for 09/19/2006 | 0.20 |
| 09/21/06 | Photocopies for 09/20/2006 | 27.60 |
| 09/22/06 | Photocopies for 09/21/2006 | 0.80 |
| 09/22/06 | Photocopies for 09/21/2006 | 0.80 |
| 09/27/06 | Photocopies for 09/26/2006 | 0.60 |
| 09/27/06 | Photocopies for 09/26/2006 | 36.80 |
| 09/28/06 | Photocopies for 09/27/2006 | 0.80 |
| 09/29/06 | Overnight Courier Ref# 107347 Dated On: 09/29/06 To: MR MATTHEW A SWANSON - SHAW GUSSIS FISHMAN GLANTZ WOL In: IL On: 09/14/2006 From: M TULLY #708963095319 | 9.14 |
| 09/29/06 | Overnight Courier Ref# 107347 Dated On: 09/29/06 To: LAWRENCE ADELSON - CMC HEARTLAND PARTNERS, AND IT In: IL On: 09/14/2006 From: M TULLY #708963095320 | 9.14 |
| 09/29/06 | Overnight Courier Ref# 107347 Dated On: 09/29/06 To: MR LE PETOMANE, XVI - CMC HEARTLAND PARTNERS, AND IT In: IL On: 09/14/2006 From: M TULLY #708963095330 | 12.39 |
| 09/29/06 | Overnight Courier Ref# 107347 Dated On: 09/29/06 To: MS KATHRYN GLEASON - OFFICE OF THE UNITED STATES TR In: IL On: 09/14/2006 From: M TULLY #708963095271 | 9.14 |
| 09/29/06 | Overnight Courier Ref# 107347 Dated On: 09/29/06 To: MR ROBERT W GLANTZ - SHAW GUSSIS FISHMAN GLANTZ WOL In: IL On: 09/14/2006 From: M TULLY #708963095282 | 9.14 |

|  |  |
|---|---|
| **Current Disbursements for Matter 00001:** | **$142.95** |

### DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Courier | $48.95 |
| Photocopy Costs (470 @ 0.20) | $94.00 |
| **Current Disbursements for Matter 00001:** | **$142.95** |

# REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 38433 | Sheldon Zenner | |
| **Client:** | 320050 | CMC Heartland Partners | |
| **Matter:** | 00001 | Edwin Jacobson Employment Agreement | |

Invoice No.:        1300370427              Invoice Date:    10/12/06

**Current Invoice Charges:**                                               $1,397.95

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments | Balance | Current Payment |
|---|---|---|---|---|---|
| 06/27/06 | 1300340320 | 8,228.22 | 0.00 | 8,228.22 | |
| 07/18/06 | 1300357954 | 18,799.41 | 0.00 | 18,799.41 | |
| 08/09/06 | 1300352400 | 2,965.83 | 0.00 | 2,965.83 | |
| 09/14/06 | 1300361365 | 1,334.95 | 0.00 | 1,334.95 | |
| | | | | | 31,328.41 |

**Total Now Due:**    $32,726.36

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693

**Wiring Instructions:**
**JP Morgan Chase Bank**
**1211 Avenue of the Americas, 39th Floor**
**New York, New York 10036**
**ABA #021000021**
**Swift Code: CHASUS33**
**Reference: 320050.00001**
**For Credit To: Katten Muchin Rosenman LLP**
**Disbursements Account**
**Account #00234192**

**When wiring a payment please fax a copy of the Remittance to Andie Katz at 312-577-8880**

**Please direct any billing inquiries to Viktoria Proctor 312-577-8527**

**Katten**

Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*
**Viktoria Proctor**
*312-577-8527*
*FEIN: 36-2796532*

525 W. Monroe Street
Chicago, IL 60661-3693

November 13, 2006

CMC Heartland Partners
Attn: Lawrence S. Adelson, Esq.
53 West Jackson Boulevard
Suite 1150
Chicago, IL 60604

Invoice No. 1300379271
Client No. 320050

**Re:** <u>**Edwin Jacobson Employment Agreement**</u> Firm Matter No. (00001)

| | |
|---|---:|
| For legal services rendered through October 31, 2006 | $3,605.00 |
| Disbursements | $46.07 |
| **CURRENT INVOICE CHARGES:** | $3,651.07 |
| **PRIOR UNPAID BALANCE (See Remittance Page for Detail):** | $6,221.20 |
| **TOTAL BALANCE DUE:** | $9,872.27 |

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).

CMC Heartland Partners　　　　　　　　　　　　　　　　　　　　　　　　320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300379271

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 10/03/06 | Mathie, Belinda I. | Communication with opposing counsel R. Carroll regarding omissions from the record on appeal; draft and send email to M. Tully, W. Dorsey, and P. Kim regarding record on appeal, review response email from M. Tully. | 0.20 |
| 10/06/06 | Mathie, Belinda I. | Confer with P. Kim regarding appellate record issues; phone call to R. Carroll regarding same. | 0.40 |
| 10/06/06 | Kim, Paula | Meetings with B. Mathie re: record on appeal, stipulation of parties; review and consider Plaintiff's proposed stipulation for correction of record on appeal. | 1.50 |
| 10/10/06 | Mathie, Belinda I. | Communication with R. Carroll regarding request for extension to file appellate brief; draft and send email to M. Tully regarding same; phone call to R. Carroll regarding same. | 0.20 |
| 10/12/06 | Mathie, Belinda I. | Confer with P. Kim regarding record on appeal issues; forward draft agreed motion for extension of time and proposed order prepared by R. Carroll to P. Kim; review and revise P. Kim's changes to R. Carroll's proposed motion and order granting extension; review and sign supporting affidavit prepared by P. Kim; forward revised motion and order to R. Carroll; sign agreed motion for extension of time and arrange for messenger delivery to R. Carroll. | 0.70 |
| 10/12/06 | Kim, Paula | Meeting with B. Mathie re: agreed motion for extension to file appellate briefs; review, analyze, edit and revise Plaintiff's proposed draft agreed motion for extension to file appellate briefs and proposed court order; draft affidavit of counsel in support of agreed motion for extension to file appellate briefs. | 0.80 |
| 10/17/06 | Mathie, Belinda I. | Confer with P. Kim regarding record on appeal issues. | 0.30 |
| 10/17/06 | Kim, Paula | Review and analyze opposing counsel's table of contents to record on appeal for material omissions for the purposes of supplementing record on appeal. | 0.70 |
| 10/18/06 | Kim, Paula | Review and analyze opposing counsel's table of contents to record on appeal for material omissions for the purposes of supplementing record on appeal. | 0.60 |

2

CMC Heartland Partners  320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300379271

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 10/19/06 | Kim, Paula | E-mails to/from B. Mathie re: record on appeal and material omissions. | 0.50 |
| 10/23/06 | Dorsey, William J. | Review list of properties sold by CMC, prepared by consultant; conference with B. Mathie re cross-referencing list to documents produced. | 0.50 |
| 10/23/06 | Kim, Paula | Edit and revise Plaintiff's proposed stipulation to correct record on appeal. | 1.00 |
| 10/30/06 | Mathie, Belinda I. | Review Heartland Partners, LP's SEC filings and property sales files to determine prices of properties sold since 2002; draft email to W. Dorsey regarding results of price comparison. | 2.40 |
| 10/30/06 | Kim, Paula | Meeting with C. Foreman re: pleadings index and stipulation to correct record on appeal; e-mails to/from B. Mathie re: correcting record on appeal; revise and edit Plaintiff's proposed stipulation to correct record on appeal. | 0.50 |
| 10/31/06 | Mathie, Belinda I. | Exchange emails with R. Carroll regarding stipulation to supplement record on appeal; confer with P. Kim regarding stipulation and related pleadings; draft cover letter to R. Carroll enclosing stipulation and pleadings. | 0.90 |
| 10/31/06 | Dorsey, William J. | Conference with B. Mathie re review of sales prices. | 0.30 |
| 10/31/06 | Foreman, Chandra | Conference with Ms Kim regarding case status; Retrieve pleadings mentioned in Stipulation filed by opposing counsel for attorney review | 2.50 |
| | | Hours: | 14.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 34312 | Dorsey, William J. | 0.80 | 375.00 | $300.00 |
| 41342 | Foreman, Chandra | 2.50 | 155.00 | $387.50 |
| 40460 | Kim, Paula | 5.60 | 225.00 | $1,260.00 |
| 32657 | Mathie, Belinda I. | 5.10 | 325.00 | $1,657.50 |
| | **Current Fees for Matter 00001:** | 14.00 | | $3,605.00 |

3

CMC Heartland Partners  320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300379271

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 10/25/06 | Local Delivery Charge: Ref# 108575 Dated On: 10/25/2006 To: EDWARD T. JOYCE & ASSOC 11 S LA SALLE ST CHICAGO On: 10/12/2006 From: Mathie, BeLinda I. | 9.35 |
| 10/27/06 | Photocopies for 10/26/2006 | 36.00 |
| 10/31/06 | VENDOR: Pacer Service Center; INVOICE#: 093006; DATE: 10/5/2006 - Pacer Online Research, 7/1 - 9/30/06. P.Young, 9/26/06 | 0.72 |

**Current Disbursements for Matter 00001:** $46.07

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Local Courier | $9.35 |
| Photocopy Costs (180 @ 0.20) | $36.00 |
| Legal Research | $0.72 |

**Current Disbursements for Matter 00001:** $46.07

4

# REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | 38433 | Sheldon Zenner |
| **Client:** | 320050 | CMC Heartland Partners |
| **Matter:** | 00001 | Edwin Jacobson Employment Agreement |

Invoice No.:    1300379271         Invoice Date:    11/13/06

**Current Invoice Charges:** $3,651.07

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments | Balance | Current Payment |
|---|---|---|---|---|---|
| 06/27/06 | 1300340320 | 8,228.22 | 6,668.72 | 1,559.50 | |
| 07/18/06 | 1300357954 | 18,799.41 | 15,118.91 | 3,680.50 | |
| 08/09/06 | 1300352400 | 2,965.83 | 2,495.63 | 470.20 | |
| 09/14/06 | 1300361365 | 1,334.95 | 1,074.95 | 260.00 | |
| 10/12/06 | 1300370427 | 1,397.95 | 1,146.95 | 251.00 | |
| | | | | | 6,221.20 |

**Total Now Due:** $9,872.27

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693

Wiring Instructions:
JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33
Reference: 320050.00001
For Credit To: Katten Muchin Rosenman LLP
Disbursements Account
Account #00234192

When wiring a payment please fax a copy of the Remittance to Andie Katz at 312-577-8880

Please direct any billing inquiries to Viktoria Proctor 312-577-8527



# Katten
### Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*
**Viktoria Proctor**
312-577-8527
FEIN: 36-2796532

525 W. Monroe Street
Chicago, IL 60661-3693

December 14, 2006

CMC Heartland Partners
Attn: Lawrence S. Adelson, Esq.
53 West Jackson Boulevard
Suite 1150
Chicago, IL 60604

Invoice No. 1300398257
Client No. 320050

Re: **Edwin Jacobson Employment Agreement** Firm Matter No. (00001)

| | |
|---|---:|
| For legal services rendered through November 7, 2006 | $1,677.50 |
| Disbursements | $120.40 |
| **CURRENT INVOICE CHARGES:** | $1,797.90 |
| **PRIOR UNPAID BALANCE (See Remittance Page for Detail):** | $18,990.45 |
| **TOTAL BALANCE DUE:** | $20,788.35 |

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).

CMC Heartland Partners 320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300398257

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11/01/06 | Mathie, Belinda I. | Exchange emails with R. Carroll regarding stipulation to correct record on appeal; draft cover letter to R. Carroll enclosing signed stipulation and coordinate return of stipulation and pleadings to be added to record on appeal to R. Carroll for filing. | 0.30 |
| 11/01/06 | Kim, Paula | Finalize stipulation to correct record on appeal. | 0.30 |
| 11/06/06 | Foreman, Chandra | Pull and copy pleadings referenced in pleading index for attorney review; Review and update pleading index | 2.50 |
| 11/07/06 | Kim, Paula | Review and analyze summary judgment pleadings in preparation for responding to plaintiffs' opening appellate brief. | 5.00 |
| | | **Hours:** | **8.10** |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 41342 | Foreman, Chandra | 2.50 | 155.00 | $387.50 |
| 40460 | Kim, Paula | 5.30 | 225.00 | $1,192.50 |
| 32657 | Mathie, Belinda I. | 0.30 | 325.00 | $97.50 |
| | **Current Fees for Matter 00001:** | **8.10** | | **$1,677.50** |

2

CMC Heartland Partners 320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300398257

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/02/06 | Photocopies for 11/01/2006 | 62.60 |
| 11/07/06 | Photocopies for 11/06/2006 | 57.40 |
| 11/07/06 | Photocopies for 11/06/2006 | 0.40 |
| | **Current Disbursements for Matter 00001:** | **$120.40** |

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Photocopy Costs (602 @ 0.20) | $120.40 |
| **Current Disbursements for Matter 00001:** | **$120.40** |

3

# REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 38433 | Sheldon Zenner | |
| **Client:** | 320050 | CMC Heartland Partners | |
| **Matter:** | 00001 | Edwin Jacobson Employment Agreement | |

Invoice No.:    1300398257          Invoice Date:    12/14/06

**Current Invoice Charges:**                                                                    $1,797.90

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments | Balance | Current Payment |
|---|---|---|---|---|---|
| 06/27/06 | 1300340320 | 8,228.22 | 6,668.72 | 1,559.50 | |
| 07/18/06 | 1300357954 | 18,799.41 | 15,118.91 | 3,680.50 | |
| 08/09/06 | 1300352400 | 2,965.83 | 2,495.63 | 470.20 | |
| 09/14/06 | 1300361365 | 1,334.95 | 1,074.95 | 260.00 | |
| 10/12/06 | 1300370427 | 1,397.95 | 1,146.95 | 251.00 | |
| 11/13/06 | 1300379271 | 3,651.07 | 0.00 | 3,651.07 | |
| | | | | | 9,872.27 |

**Total Now Due:**    $11,670.17

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693

Wiring Instructions:
JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
ABA #021000021
Swift Code: CHASUS33
Reference: 320050.00001
For Credit To: Katten Muchin Rosenman LLP
Disbursements Account
Account #00234192

When wiring a payment please fax a copy of the Remittance to Andie Katz at 312-577-8880

Please direct any billing inquiries to Viktoria Proctor 312-577-8527