UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) ) | Case No. 06-04759 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |
| | ) ) | |

**ORDER APPROVING FINAL APPLICATION OF DELOITTE FAS, CONSULTANT TO THE DEBTORS, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION, THE REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Upon consideration of the application (the "Application")[1] of Deloitte Financial Advisory Services LLP ("Deloitte FAS") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331 for the allowance of $16,747.00 and payment of $10,652.00 in final compensation for over 60 hours of professional services rendered, and the reimbursement of $14.58 for costs incurred incidental to those services, to CMC Heartland Partners and its affiliated debtors (the "Debtors") between April 28, 2006 and November 7, 2006 (the "Application Period"); due and proper notice of this Application having been provided; it appearing that there is good cause to grant the relief requested; and there being no objection to the relief requested; it is therefore ORDERED as follows:

1. Deloitte FAS is allowed $16,747.00 in final compensation for the Application Period of April 28, 2006 through November 7, 2006.

2. Deloitte FAS is allowed $14.58 in expense reimbursement for the Application Period of April 28, 2006 through November 7, 2006.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{5419 APP A0161778.DOC 3}

3. Deloitte FAS is allowed to apply the balance of its retainer to the final compensation awarded hereunder.

4. The Liquidating Trustee is authorized and directed to pay Deloitte FAS $10,666.58 as final compensation ($16,747.00 less the balance of the retainer $6,095.00 plus $14.58 in expenses).

5. Other and further notice of the hearing on the Application is excused for cause shown.

**ENTER:**

Dated: March __, 2007

_____
**Bankruptcy Judge**

{5419 APP A0161778.DOC 3}