THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | **Hearing Date: April 3, 2007, at 10:00 a.m.** |

**COVER SHEET TO THE AMENDED FINAL APPLICATION OF KATTEN MUCHIN ROSENMAN LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Name of Applicant:  Katten Muchin Rosenman LLP, as Special Litigation Counsel to the Debtors

Authorized to Provide Professional
Services to:  The Debtors

Date of Order Authorizing Employment:  August 22, 2006

Period for which Compensation
is Sought:  September 1, 2006 through November 7, 2006

Amount of Fees Sought:  $1,680.00

Amount of Expense Reimbursement
Sought:  $165.75

This is a(n):  _____ Interim Application    __X__ Final Application

This is the second and final application by Katten Muchin Rosenman LLP for allowance of compensation and reimbursement of expenses filed with this Court in these cases, as amended per the Court's direction at the March 15, 2007 fee application hearing.

Dated: March 22, 2007

          KATTEN MUCHIN ROSENMAN LLP

          By: /s/ Peter J. Young
          Peter J. Young
          Martin T. Tully
          525 West Monroe Street
          Chicago, Illinois 60661-3693
          Telephone: (312) 902-5200
          Facsimile: (312) 902-1061
          peter.young@kattenlaw.com

          *Special Litigation Counsel to the Debtors*

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | **Hearing Date: April 3, 2007, at 10:00 a.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 3, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or, in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Amended Final Application of Katten Muchin Rosenman LLP, as Special Litigation Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and is hereby served upon you.

Dated: March 22, 2007

                                                        KATTEN MUCHIN ROSENMAN LLP

                                                        By: /s/ Peter J. Young
                                                        Peter J. Young
                                                        Martin T. Tully
                                                        525 West Monroe Street
                                                        Chicago, Illinois 60661-3693
                                                        Telephone: (312) 902-5200
                                                        Facsimile: (312) 902-1061
                                                        peter.young@kattenlaw.com

                                                        *Special Litigation Counsel to the Debtors*

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Eugene R. Wedoff |

## CERTIFICATE OF SERVICE

I, Peter J. Young, an attorney, on oath state that I caused copies of the attached **Notice of Filing of Amended Final Application of Katten Muchin Rosenman LLP, as Special Litigation Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses** to be served upon:

CMC Heartland Partners, and its affiliated debtor entities
Attn: Mr. Jay A. Steinberg
CMC Heartland Liquidating Trust
LePetomane XVIII, Inc. Liq. Trustee
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601

Ms. Kathryn Gleason
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, IL 60606

Mr. Robert W. Glantz
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

Mr. Matthew A. Swanson
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610

via U.S. Mail on this 22nd day of March, 2007.

/s/ Peter J. Young
Peter J. Young
Martin T. Tully

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | **Hearing Date: April 3, 2007, at 10:00 a.m.** |

## AMENDED FINAL APPLICATION OF KATTEN MUCHIN ROSENMAN LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Per the Court's direction on March 15, 2007, Katten Muchin Rosenman LLP, as special litigation counsel to the Debtors ("Katten"), submits this Amended Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Final Application") for an order allowing compensation for the period from September 1, 2006 through November 7, 2006 (the "Application Period") in the amount of $1,680.00 for 4.8 hours of professional services and $165.75 for expenses incurred during the Application Period, and directing the payment of such compensation and expenses. In support of the Amended Final Application, Katten respectfully states as follows:

### I. BACKGROUND

1. On April 28, 2006 (the "Petition Date"), the Debtors filed related petitions for relief under chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtors have been administering their estates as debtors in possession pursuant to 11 U.S.C. §§ 323, 1107 and 1108. The Debtors have substantially all of the rights, powers and responsibilities of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a). This Court has core jurisdiction to hear and resolve

this motion pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On May 9, 2006, the Court entered that certain Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals.

3. On August 22, 2006, the Court approved, without objection, the Debtors' application seeking to employ Katten as their special litigation counsel.

4. On February 9, 2007, Katten submitted its second and final application for compensation and reimbursement of expenses under the Administrative Order.

5. At the March 15, 2007 hearing on Katten's final application, the court directed that Katten revise its application to exclude fees and costs associated with the defense of the individual former officers and directors of the Debtor.

6. Accordingly, this is Katten's amended final application for compensation and reimbursement of expenses under the Administrative Order.

## II. SERVICES RENDERED BY KATTEN

5. Katten represents the Debtors in connection with two litigation matters involving the Debtors' former president, Mr. Edwin Jacobson. During the Application Period, Katten has devoted a total of 4.8 hours to services relating to the foregoing litigation. These services were performed by the following professionals:

| NAME | POSITION | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| William Dorsey | Partner | 1998 | $375.00 | 2.4 | $900.00 |
| Belinda Mathie | Associate | 2001 | $325.00 | 2.4 | $780.00 |
| **TOTAL** | | | | 4.8 | $1,680.00 |

2

6. Specifically, these services involve all aspects of litigation in the following cases: (a) <u>Jacobson v. Heartland, L.P.</u>, *et al.*, Case Nos. 02 CH 15160 and 02 L 101591 pending in the Circuit Court of Cook County, Law Division, Commercial Calendar; and (b) <u>CMC Heartland Partners v. Edwin Jacobson</u>, Case No. 03C-02-215 pending in the Superior Court of the State of Delaware, New Castle County.

7. As revised per the Court's direction, detailed, itemized statements of these services, in the form of Katten's monthly invoices for each of September, October, and November 1-7, 2006, are attached hereto as <u>Exhibit A</u>.

### III. EXPENSES INCURRED BY KATTEN

8. During the Application Period, Katten incurred actual and necessary expenses in the amount of $165.75 in connection with the rendition of the aforementioned professional services. Detailed itemized statements of such expenses, in the form of Katten's monthly invoices for each of September, October, and November 1-7, 2006, are attached hereto as <u>Exhibit A</u>.

9. All expenses incurred by Katten were incurred in connection with the performance of the required services described above and were reasonable and appropriate under the circumstances. The requested expenses are customarily charged to non-bankruptcy clients of Katten.

### IV. REPRESENTATIONS

10. Katten submits that the services it provided and the expenses it incurred were actual and necessary, and fair and reasonable given the following: (i) the thoroughness and completeness of Katten's work; (ii) Katten's expertise and ability; and (iii) Katten's preclusion

from working on other matters. The fees charged by Katten professionals to the Debtors are at the same rate as those typically charged to Katten's clients that are not in bankruptcy.

11. No agreement or understanding exists between Katten and any other person for sharing of compensation which has been or will be received, except such sharing as is customary and generally accepted among attorneys within a law firm.

12. Katten consistently and conscientiously attempts to handle all matters in the most efficient and economic manner possible, and Katten allocated responsibilities to minimize possible duplication of efforts.

WHEREFORE, Katten respectfully requests that this Court enter an Order:

A. Granting Katten an allowance of compensation in the amount of $1680.00 for professional services rendered;

B. Granting Katten an allowance of actual, reasonable, and necessary expenses incurred in connection with the services rendered in the amount of $165.75;

C. Authorizing and directing the Debtors to pay Katten $1,845.75 for the above professional services and expenses, but only to the extent such amount has not previously been paid prior to the entry of this Order; and

D. Granting such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: March 22, 2007

        KATTEN MUCHIN ROSENMAN LLP

        By: /s/ Peter J. Young
        Peter J. Young
        Martin T. Tully
        525 West Monroe Street
        Chicago, Illinois 60661-3693
        Telephone: (312) 902-5200

CHI01_50417044_1_320050_00001 3/20/2007 9:51 AM

Facsimile: (312) 902-1061  
martin.tully@kattenlaw.com

*Special Litigation Counsel to the Debtors*

5



# Katten
Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*
*Janet Pasteris-Abell*
*312-577-8025*
*FEIN: 36-2796532*

*525 W. Monroe Street*
*Chicago, IL 60661-3693*

March 22, 2007

CMC Heartland Partners and its affiliated debtor entities
Attn: Jay A. Steinberg
CMC Heartland Liquidating Trust
LePetomane XVIII, Inc. Liq. Trustee
35 East Wacker Drive
Suite 1550
Chicago, IL 60601

Invoice No. 1300416967
Client No. 320050

Re: **Edwin Jacobson Employment Agreement** Firm Matter No. (00001)

| | |
|---|---|
| For legal services rendered through November 30, 2006 .................... | $1,680.00 |
| Disbursements ............................................................................................... | $165.75 |
| **CURRENT INVOICE CHARGES:** | $1,845.75 |
| **PRIOR UNPAID BALANCE (See Remittance Page for Detail):** | $30,810.90 |
| **TOTAL BALANCE DUE:** | $32,656.65 |

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).

CMC Heartland Partners and its affiliated debtor entities
Edwin Jacobson Employment Agreement
Invoice No. 1300416967

320050.00001

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| 09/20/06 | Dorsey, William J. | Prepare for and attend hearing; conference with M. Tully re expert discovery schedule. | 1.20 |
| 09/29/06 | Dorsey, William J. | Conference with J. Piell re case status and status of Jacobson case against investors. | 0.40 |
| 10/23/06 | Dorsey, William J. | Review list of properties sold by CMC, prepared by consultant; conference with B. Mathie re cross-referencing list to documents produced. | 0.50 |
| 10/30/06 | Mathie, Belinda I. | Review Heartland Partners, LP's SEC filings and property sales files to determine prices of properties sold since 2002; draft email to W. Dorsey regarding results of price comparison. | 2.40 |
| 10/31/06 | Dorsey, William J. | Conference with B. Mathie re review of sales prices. | 0.30 |
| | | **Hours:** | **4.80** |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 34312 | Dorsey, William J. | 2.40 | 375.00 | $900.00 |
| 32657 | Mathie, Belinda I. | 2.40 | 325.00 | $780.00 |
| | **Current Fees for Matter 00001:** | **4.80** | | **$1,680.00** |

2

CMC Heartland Partners and its affiliated debtor entities  320050.00001
Edwin Jacobson Employment Agreement
Invoice No. 1300416967

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 10/25/06 | Local Delivery Charge: Ref# 108575 Dated On: 10/25/2006 To: EDWARD T. JOYCE & ASSOC 11 S LA SALLE ST CHICAGO On: 10/12/2006 From: Mathie, BeLinda I. | 9.35 |
| 10/27/06 | Photocopies for 10/26/2006 | 36.00 |
| 11/02/06 | Photocopies for 11/01/2006 | 62.60 |
| 11/07/06 | Photocopies for 11/06/2006 | 57.40 |
| 11/07/06 | Photocopies for 11/06/2006 | 0.40 |
| | **Current Disbursements for Matter 00001:** | **$165.75** |

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Local Courier | $9.35 |
| Photocopy Costs (782 @ 0.20) | $156.40 |
| **Current Disbursements for Matter 00001:** | **$165.75** |

3

# REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 38433 | Sheldon Zenner | |
| **Client:** | 320050 | CMC Heartland Partners and its affiliated debtor entities | |
| **Matter:** | 00001 | Edwin Jacobson Employment Agreement | |

Invoice No.:  1300416967          Invoice Date:  03/22/07

**Current Invoice Charges:** $1,845.75

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments | Balance | Current Payment |
|---|---|---|---|---|---|
| 07/18/06 | 1300357954 | 18,799.41 | 16,416.21 | 2,383.20 | |
| 08/09/06 | 1300352400 | 2,965.83 | 2,495.63 | 470.20 | |
| 09/14/06 | 1300361365 | 1,334.95 | 1,074.95 | 260.00 | |
| 02/26/07 | 1300414025 | 27,697.50 | 0.00 | 27,697.50 | |
| | | | | | 30,810.90 |

**Total Now Due:**  $32,656.65

TOTAL AMOUNT ENCLOSED:

**Mailing Address:
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693**

**Wiring Instructions:**
**JP Morgan Chase Bank**
**1211 Avenue of the Americas, 39th Floor**
**New York, New York 10036**
**ABA #021000021**
**Swift Code: CHASUS33**
**Reference: 320050.00001**
**For Credit To: Katten Muchin Rosenman LLP**
**Disbursements Account**
**Account #00234192**

**When wiring a payment please fax a copy of the Remittance to Andie Katz at 312-577-8880**

**Please direct any billing inquiries to Janet Pasteris-Abell 312-577-8025**