# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date:  April 2, 2019 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**TO:**   **See Attached Service List**

  **PLEASE TAKE NOTICE** that on **April 2, 2019** at **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Deborah L. Thorne**, Bankruptcy Judge, in Courtroom 613 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Liquidating Trustee's Motion for Entry of Order Approving Termination of Trust and for Entry of Final Decrees**, a copy of which is attached hereto and shall pray for the entry of an order in conformity with the prayer of said pleading.

  **AT WHICH TIME AND PLACE** you may appear if you so see fit.

Respectfully submitted,

LePetomane XVIII, Inc., not individually,
but solely in its capacity as Liquidating
Trustee for the bankruptcy estate of CMC
Heartland Partners

Dated:  March 18, 2019

By: ___*/s/ Gordon E. Gouveia*_____
        One of its attorneys

Steven B. Towbin (#2848546)
Gordon E. Gouveia (#6282986)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 980-3816  telephone
ggouveia@foxrothschild.com

91390928.v2

## CERTIFICATE OF SERVICE

Gordon E. Gouveia certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Service List in the manner so indicated on this 18th day of March, 2019.

*/s/ Gordon E. Gouveia*

# Mailing Information for Case 06-04759
## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Brian A. Audette     baudette@perkinscoie.com,
  nbagatti@perkinscoie.com;docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
- Paul M Bauch     pbauch@lakelaw.com,
  smohan@lakelaw.com;5242@notices.nextchapterbk.com
- William J. Choslovsky     wchoslovsky@ginsbergjacobs.com,
  kgoin@ginsbergjacobs.com
- Patrick A Clisham     patrickclisham@hotmail.com
- William J Factor     wfactor@seyfarth.com,
  wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com
- Kristin M Furrie     kristin.furrie@usdoj.gov
- Michelle Ailene Gale     mgale@dykema.com
- Evangelos J. Gegas     egegas@dykema.com
- Patricia M. Gibeault     pgibeault@axley.com
- Gordon E. Gouveia     ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
- Gregory J Jordan     gjordan@jz-llc.com
- Micah R Krohn     mkrohn@fgllp.com,
  csmith@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Sara E Lorber     slorber@wfactorlaw.com,
  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- Kevin Lyskowski     kevin.lyskowski@usdoj.gov
- Kenneth A. Michaels     kmichaels@lakelaw.com,
  smohan@lakelaw.com;ecf@lakelaw.com;5552@notices.nextchapterbk.com
- Michael D Morris     morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- Ryan Pinkston     rpinkston@seyfarth.com,
  chidocket@seyfarth.com;mmcarthur@seyfarth.com
- Travis Rojakovick     trojakovick@mayerbrown.com
- Joy E Roman     jelevy@arnstein.com, ecf@bellroman.com
- Carolina Y. Sales     csales@lakelaw.com,
  smohan@lakelaw.com;5241@notices.nextchapterbk.com

91390928.v2

- Peter J Schmidt    pschmidt@polsinelli.com, chicagodocketing@polsinelli.com
- George J. Spathis    gspathis@lplegal.com,
  ecaldwell@lplegal.com;ikropiewnicka@lplegal.com
- Randall M Stone    randall.stone@usdoj.gov, efile_ees.enrd@usdoj.gov
- Steven B Towbin    stowbin@foxrothschild.com, cknez@foxrothschild.com

**US DOJ, US EPA and Applicable State Attorneys General**

Kristin M. Furrie
U.S. Department of Justice, ENRD
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611
Kristin.Furrie@usdoj.gov

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Attn: Steve Griffin, Assistant Attorney General

Richard Nagel
USEPA Region 5
Nagle.Richard@epamail.epa.gov

Michael D. Morris
Assistant Attorney General
Post Office Box 7857
Madison, WI 53707-7857

Daniel Shiel
USEPA Region 7
901 West Jackson Boulevard
Kansas City, Kansas 66101-2907
Email: Shiel.Daniel@epamail.epa.gov

Don Willoh
Jeff Klusmeier
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
Email: Don.Willoh@ago.mo.gov,
jeff.klusmeier@ago.mo.gov

Dave Sheridan
Office of the Attorney General, Iowa
321 East 12th Street
Des Moines, IA 50319
Email: DSHERID@ag.state.ia.us

Cathy Villas-Horns, P.G.
Supervisor, Incident Response Unit
Pesticide & Fertilizer Management Division
Minnesota Department of Agriculture
625 Robert Street North
St. Paul, MN 55155-2538 Cathy.Villas-
Horns@state.mn.us

Max Kieley
Assistant Attorney General
Minnesota Attorney General's Office
900 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2127
max.kieley@ag.state.mn.us

Minnesota Department of Agriculture
Attn: Greg Hanson
625 Robert Street North
St. Paul, MN 55155-2538

91390928.v2

Iowa Department of Natural Resources
Attn: Noah Poppelreiter
502 E. 9th St.
Des Moines, IA 50319

**VIA US MAIL to All Creditors on Attached Creditor Matrix**

91390928.v2

Label Matrix for local noticing
0752-1
Case 06-04759
Northern District of Illinois
Eastern Division
Mon Mar 18 09:11:34 CDT 2019

A&E Properties, LLC
attn: William Toss
6117 S. County HWY G
Janesville, WI 53546-9462

ADP
100 Northwest Point Blvd.
Elk Grove, IL 60007-1018

AT&T
227 W. Monroe Street
13th Floor
Chicago, IL 60606-5031

AT&T
Bankruptcy Dept
36021 S. Rio Grande Ave, 1st Fl
Orlando, FL 32859

Advance Mechanical Systems, Inc.
2080 South Carboy
Mount Prospect, IL 60056-5750

Alan Leifer
7 Split Rail Ct
Dix Hills, NY 11746-5614

Albertsons, Inc. c/o Joseph McKeska
VP of Real Estate Construction
1955 W. North Ave, Building F
Melrose Park, IL 60160-1131

Allright Parking Chicago, Inc.
640 S. Wabash Ave.
Chicago, IL 60605

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Home Assurance Co etal
AIG Bankruptcy Collections
David A Levin Authorized Rep
70 Pine Street 31st Floor
New York, NY 10005-1522

American Stock Exchange LLC
PO Box 777-W8925
Philadelphia, PA 19175-8925

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606-5231

AtlAtl
Ed Handl
121002 Browns Gulch Road
Butte, MT 59701-9607

Attorney General Forest County
Attn: Jeff Crawford
1721 W. Canal Street
Milwaukee, WI 53233-2655

Brian A. Audette
Perkins Coie LLP
131 South Dearborn
Suite1700
Chicago, IL 60603-5559

BDO Seidman - Attn: Michael J. Finn
233 N. Michigan Ave.
Suite 2500
Chicago, IL 60601-5703

W Wright Banks Jr
40 Capitol Square SW
Atlanta, GA 30334-9057

Paul M Bauch
Bauch & Michaels LLC
53 West Jackson Boulevard Ste 1115
Chicago, IL 60604-3566

Bowne of Chicago, Inc.
500 W. Madison
Suite 3200
Chicago, IL 60661-2588

Briggs & Morgan
Attn: John Cairns
2200 IDS Center, 80 S. Eighth St.
Minneapolis, MN 55402

Budget Rent A Car System, Inc.
PO Box 95035
Chicago, IL 60690-7217

Building 41 LLC
Attn: Virginia B. Pierce
2538 W. National Ave.
Milwaukee, WI 53204-1055

CHICAGO DEPT. OF REVENUE
ATTN:  BUSINESS BANKRUPTCY UNIT
333 S. STATE ST. - SUITE 540
CHICAGO, IL. 60604-3951

CMC Heartland Partner, et al.,
53 West Jackson Blvd
Suite 1150
Chicago, IL 60604-3763

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Canadian National Railroad
Attn: Nina Sayyat
227 Front Street, W. 8th FL.
Toronto Ontario M5V2X7,

Canadian Pacific Railway
William Tuttle, General Counsel
501 Marquette Avenue South
Minneapolis, MN 55402

Charles A Ducharme
1096 Grayton Road
Grosse Pointe Park, MI 48230-1425

Charles J Harrison
328 Sears Drive
Gilberts, IL 60136

Chicago Guarantee Survey Company
Greg Hannah
601 S. LaSalle Street
Chicago, IL 60605-1725

Chicago Messenger Service
3188 Eagle Way
Chicago, IL 60678-1318

Chicago Milwaukee St. Paul & Pacifi
Attn; Susan Butler
16775 Scheffer Lane
Huson, MT 59834-9587

Chicago Title Insurance Company
20900 Swenson Drive, Suite 900
Waukesha, WI 53186-2069

Chippewa County Auditor/Treasurer
629 North 11th St
Montevideo, MN 56265-1652

William J. Choslovsky
Ginsberg Jacobs LLC
300 S. Wacker Drive, Suite 2750
Chicago, IL 60606-6782

City of Austin
500 4th Ave. N.E.
Austin, MN 55912-3773

City of Austin
Hoversten Johnson Beckmann Hovey
807 West Oakland Avenue
Austin, MN 55912-2343

City of Bozeman
Tim Cooper, City Attorney
411 E. Main Street
Bozeman, MT 59715-4700

City of Chicago
Law Department
121 N. LaSallle Street, Suite 600
Chicago, IL 60602-1244

City of Chicago Department of Reven
False Burlar Alarm Unit
PO BOx 4956
Chicago, IL 60680-4916

City of Harlowton
17 S. Central
Harlowton, MT 59036-5071

City of Milwaukee
200 E. Wells Street, Room 800
City Hall
Milwaukee, WI 53202-3551

City of Milwaukee
Wayne F. Whittow, City Treasurer
Box 78776
Milwaukee, WI 53278-0776

City of St. Paul
15 W. Kellog Blvd.
Saint Paul, MN 55102-1635

City of Wisconsin Dells
Joseph J. Hasler City Attorney
PO Box 231
Reedsburg, WI 53959-0231

Clarion - attn: Richard J. Roddewig
601 S. LaSalle St.
Suite 600
Chicago, IL 60605-1726

Clients of Cornerstone Capital Mgmt
PO Box 620425
Woodside, CA 94062-0425

Patrick A Clisham
Shaw Gussis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60654-4766

Colliers Bennet & Kahnweiler
6250 N. River Road
Des Plaines, IL 60018-5275

Colliers Bennett & Kahnweilier, Inc.
c/o Konstantinos Armiros
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Columbia County Treasurer
PO Box 198
Portage, WI 53901-0198

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Conklin & Conklin, LLC
Attn: Thomas W. Conklin, Jr.
53 W. Jackson Blvd., Suite 1150
Chicago, IL 60604-3763

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808-1660

Crawford & Company
PO Box 404325
Atlanta, GA 30384-4325

Crittendon West Park LLC
Crittendon East Park LLC
o Sandra J. Crittendon PO Box 719
Preston, WA 98050

D. Patrick Mullarkey
Tax Division- Dept of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055

D.A. Alexander, Reg Agent
Story Distributing Company c/
PO Box 1201
Bozeman, MT 59771-1201

DLA Piper Rudnick Gray Cary US LLP
203 N LaSalle Street
Suite 1900
Chicago, IL 60601-1263

Dan Edwards
c/o Mercedes Homes
6767 N. Wickham Rd. Suite 500
Melbourne, FL 32940-2027

Dane County Treasurer
PO Box 1229
Madison, WI 53701-1229


Daniel Schwab
303 Allen Street
Random Lake, WI 53075-1805

DataProse
1451 N. Rice Ave
Suite A
Oxnard, CA 93030-7991

David L. Kozisek
3823 N. Keeler
Chicago, IL 60641-3007


Delaware Secretary of State
CSC 2711 Centerville Road
Suite 400
Wilmington, DE 19808

Demetri Konstantelos
5941 N. Bernard
Chicago, IL 60659-3403

Department of Natural Resources
402 W. Washington Street
Indianapolis, IN 46204-2756


Department of Natural Resources
PO Box 47001
Olympia, WA 98504-7001

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dorsey & Whitney, LLP
Michael Drysdale & Richard Solum
50 S. Sixth Street
Minneapolis, MN 55402-1553

Dr. Tim Chapin
Dept of Urban & Reg Planning FSU
336 Bellamy Building
Tallahassee, FL 32306-2280


Dynamex
12837 Collections Center Dr.
Chicago, IL 60693-0128

Edward T. Joyce
Edward T. Joyce & Associates, PC
11 S. LaSalle Street, Suite 1600
Chicago, IL 60603-1203

Edwin Jacobson
Diamond S Ranch
434 John Pettus Road
Goliad, TX 77963-3727


Edwin Jacobson
c/o Paul M. Bauch,
Bauch & Michaels, LLC,
53 W. Jackson Blvd., STE 1115,
Chicago, IL 60604-3566

Empire Building Materials Inc
608 E Main
Bozeman, MT 59715-3768

Empire Building Materials, Inc.
PO Box 220
Bozeman, MT 59771-0220


Environ International Corp.
David Heidlauf, Sr. Manager
123 N. Wacker Dr., Suite 250
Chicago, IL 60606-1912

Eugene Conroy
22520 W. SE 20th Pl.
Maple Valley, WA 98038

Exponent, Inc.
4940 Pearl East Gate
Suite 700
Boulder, CO 80301-2489


Ezra Zilkha
Peter J Young
Katten Muchin Rosenman LLP
Chicago, IL 60661-3693

William J Factor
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577

Falk Corporation
3001 W. Canal Street
Milwaukee, WI 53208-4200


Faribault County Auditor
John L. Thompson
PO Box 130
Blue Earth, MN 56013-0130

Fifield Realty Group
Attn: Steven D. Fifield
20 N. Wacker Dr., Suite 3200
Chicago, IL 60606-3102

Florine G Latourette
152 S Bridge St-Apt 46A
Somerville NJ 08876-3242

Fredric A Powell
Fredric A Dowey Esq
6800 Jericho Trpk
Syosset, NY 11791

Friedrich, Friedrich & St. John, S.C.
330 E. Kilbourn Ave., Suite 1250
Milwaukee, WI 53202-3146

Fuchs & Roselli, Ltd.
Attn Susan Ghelerter
440 W. Randolph, Suite 500
Chicago, IL 60606-7211


Kristin M Furrie
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Michelle Ailene Gale
Dykema Gossett PLLC
10 S Wacker Drive
Suite 2300
Chicago, IL 60606-7439

Gary S. Deschene, Trustee
Estate of Carl Weissman & Sons
PO Box 3466
Great Falls, MT 59403-3466


Evangelos J. Gegas
Dykema, Gossett, Rooks, Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606-7509

General Motors Corporation
c/o Gregory J Jordan Dykema Gossett PLLC
10 S Wacker Drive
Suite 2300
Chicago, IL 60606-7509

General Motors Corporation- WFG ES
Attn: Ed Peterson
2000 Centerpoint Parkway
Pontiac, MI 48341-3147


George Lightbourn
5900 Winnequah Road
Madison, WI 53716-3456

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Patricia M. Gibeault
Axley Brynelson, LLP
P.O. Box 1767
Madison, WI 53701-1767


Gill & Tobias, LLP
Attn: Douglas R. Gill
225 N. Bennet Street
Southern Pines, NC 28387-4810

Glendale Water Utility
5909 N. Milwaukee River Parkway
Milwaukee, WI 53209-3815

Lawrence J Glusman
330 E Kilbourn Avenue
Suite 1250
Milwaukee, WI 53202-3146


Godfrey & Kahn, S.C.
Attn: Pamela E. Barker
780 N. Water Street
Milwaukee, WI 53202-3590

Goetz, Gallick & Baldwin, P.C.
Attn: Brian Gallick
35 N. Grand
Bozeman, MT 59715-3549

Gough Shanahan Johnson & Waterman
Attn: Allan Joselyn
33 S Last Chance Gulch, PO Box 1715
Helena, MT 59624-1715


Gordon E. Gouveia
Fox Rothschild LLP
321 N. Clark Street
Suite 800
Chicago, IL 60654-4766

Grant County Treasurer
PO Box 37
Ebprata, WA 98823-0037

Group Administrators, Ltd
PO Box 957945
Hoffman Estates, IL 60195-7945


Grubb & Ellis
10275 W. Higgins Road
Suite 300
Des Plaines, IL 60018-3885

Guardian
PO Box 95101
Chicago, IL 60694-5101

Guy Price
2000 Stone Street
Albany, IL 61230-9611


Harrington's Inc.
3125 W. Babcock Street
Bozeman, MT 59718-2651

Hennepin County Regional Railroad
Authority a Minnesota political subd
Marilyn J Maloney
A2000 Government Center-300 S SixthSt
Minneapolis, MN 55487-0001

Holland & Hart, LLP
Robert Lorenz
PO Box 17283
Denver, CO 80217-0283


Housing & Redevelopment Authority
Attn: Thomas W. Smith, Dep Dir.
308 Second Avenue, NE
Austin, MN 55912-3429

Hydrogeological & Modeling Services
Amal Djerrari
1443 Goodrich Ave.
Saint Paul, MN 55105-2308

Illinois Bell Telephone Co
PO Box 981268
WEST SACRAMENTO, CA 95798-1268

(p) ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0291

Illinois EPA
1021 N. Grand Avenue East
PO Box 19276
Springfield, IL 62794-9276

Illinois Pollution Control Board
James R. Thompson Center
100 W. Randolph Street
Suite 11-500
Chicago, IL 60601-3233

Imperial Service Systems, Inc.
PO Box 6269
Villa Park, IL 60181-5317

Indiana Dep't of Environmental Management
100 N. Senate Ave.
Mail Code 50-01 IGCN 1301
Indianapolis, IN 46204-2210

Indiana Dept of Revenue
PO Box 0595
Indianapolis, IN 46206-0595

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Iowa Department of Natural Resources
502 E. 9th Street
Des Moines, IA 50319-0034

J. R. Julian, P.A.
PO Box 2171
824 Market Street Mall, Ste. 1001
Wilmington, DE 19801-4939

Jacobus Company
Attn: Fred Regenfuss
11815 West Bradley Road
Milwaukee, WI 53224-2532

Janet Jaffin
230 Park Ave
Suite 430
New York, NY 10169-0499

Jay Steinberg
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

Jenner & Block
Attn: Dan Murray
One IBM Plaza
Chicago, IL 60611-7768

Joel R Nathan
Assistant United States Attorney
219 S. Dearborn Street #500
Chicago, IL 60604-2029

John Durgerian
2 Londonderry Lane
Derry, NH 03038-5118

John Melaniphy
Melaniphy & Associates, Inc.
6333 N. Milwaukee Ave., Suite 106
Chicago, IL 60646-3744

John W Gabbett
P O Box 309
Delavan IL 61734

John and Dorothy Edwards
PO Box 220
Saint Maries, ID 83861-0220

Gregory J Jordan
Jordan & Zito LLC
55 West Monroe St., Suite 3600
Chicago, IL 60603-5026

Joseph D Frank
Micah R Krohn
Frank/Gecker LLP
325 North LaSalle Street Suite 625
Chicago, IL 60610

Joyce Brothers
1717 Tonne Road
Elk Grove Village, IL 60007-5124

Katten Muchin
Attn: Sheldon Zenner
525 W. Monroe, Suite 1600
Chicago, IL 60661-3690

Kinzie Station Condo Association
c/o Heil, Heil, Smart & Golee
PO Box 5232
Evanston, IL 60204-5232

Micah R Krohn
FrankGecker LLP
1327 W. Washington Boulevard
Suite 5G-H
Chicago, IL 60607-1912

LaSalle Bank
Attn: Rod Murray
135 S. LaSalle Street, Suite 216
Chicago, IL 60603-4820

LaSalle Bank NA
William Choslovsky DLA Piper Rudnick
Gray Cary US LLP
203 N LaSalle St Suite 1900
Chicago, IL 60601-1263

LaSalle Bank, NA
135 S. LaSalle Street
Chicago, IL 60603-4820

Ladewig Rechlicz & Iggens
Attn: Richard A. Rechlicz
N 88 W15125 Main Street
Menomonee Falls, WI 53051-3100

Land Rock, Inc.
1250 Larkin Ave., Ste. 100
Elgin, IL 60123-6078

Land Rock, Inc.
c/o Patricia W Gibeault
Axley Brynelson LLP
PO Box 1767
Madison, WI 53701-1767

Lawrence Adelson
214 17th St
Wilmette, IL 60091-3222

Lawrence Helzel
IRA Rollover Acct Chas Schwab
PO Box 6692
Ketchur, ID 83340-6692

Lawrence S. Adelson
214 17th Street
Wilmette, IL 60091-3222

Lawyers Club
PO Box 2902
Chicago, IL 60690-2902

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

LePotomane, Inc.
Attn: Jay Steinberg
55 E. Erie, Suite 1902
Chicago, IL 60611-2248

Leaf River Telephone Company
102 W. Second Street
Leaf River, IL 61047-9771

Leone M Murphy
6611 Mariner Dr #7J
Racine WI 53406-5638

Lincoln County Treasurer
1110 Main Street
Merrill, WI 54452

Longleaf Associates LP
c/o P. Swanson
401 E. Prospect Ave.
Mount Prospect, IL 60056-3366

Sara E Lorber
The Law Office of William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

Loren Joseph Corp
Calvin Boender
110 N York Rd
Elmhurst, IL 60126-2872

Kevin Lyskowski
U S Department of Justice
Environmental & Natural Resources Div
601 D Street NW
#8926
Washington, DC 20044

MCI Telecommunications Corporation
1133 19th Street, N.W.
Washington, DC 20036-3604

MCI Worldcom
6929 N. Lakewood St.
Tulsa, OK 74117-1808

MCZ/Jameson Development Group
Attn: Steve Mandell
425 W. North Ave.
Chicago, IL 60610-1139

METRA
Margaret Anderson Lord Bissell
and Brook LLP
111 West Wacker Drive
Chicago, IL 60601-1606

Madigan & Getzendanner
Attn: Jeff Holland
30 N. LaSalle Street, Suite 3906
Chicago, IL 60602-3330

Marilyn J Maloney
2000A Government Center
Minneapolis, MN 55487-0001

Marilyn Goodfriend
4330 Lucerne Villas Ln
Lake Worth, FL 33467-8889

Marsh SA
Attn: Robert C. Hampel
500 W. Monroe, 24th Floor
Chicago, IL 60661-3625

Marsh USA, Inc.
Attn: Richard Ramlow
500 W. Monroe
Chicago, IL 60661-3671

Martin County Auditor-Treasurer
James Forshee
201 Lake Avenue, Suite 201
Fairmont, MN 56031-1852

Mercury Business Services
Attn: Accounts Receivable
61 Battertymarch Street
Boston, MA 02110-3215

Mesirow Insurance Services
Attn: Alice Thurman, V.P.
321 N. Clark Street, 11th Floor
Chicago, IL 60654-4714

Metra c/o Travis Rojakovick
Lord Bissell & Brook LLP
111 S Wacker Drive
Chicago, IL 60606-4410

Michael J Devine
100 Valley Ln
Iola, WI 54945-9499

Kenneth A. Michaels Jr
Bauch & Michaels, LLC dba Lakelaw
53 West Jackson Blvd.
Suite 1115
Chicago, IL 60604-3566

Michigan Dept of Environmental Quality
525 W. Allegan Street
PO Box 30473
Lansing, MI 48909-7973

Midtown Point Inc
c/o RDM
1200 N Ashland, #400
Chicago, IL 60622-8311

Midwest Rail & Dismantling
Attn: Gerry Bloomberg
4777 W. Lincoln
Milwaukee, WI 53219-1696


Minnesota Department of Agriculture
Attn: Robert Anderson
625 Robert Street North
Saint Paul, MN 55155-2538

Minnesota Dept of Natural Resources
500 Lafayette Road
St. Paul, MN 55155-4040

Minnesota Pollution Control Agency
520 Lafayette Road
Saint Paul, MN 55155-4194


Missouri Dept of Conservation
PO Box 180
Jefferson City, MO 65102-0180

Missouri Dept of Natural Resources
PO Box 176
Jefferson City, MO 65102-0176

Monroe County Treasurer
202 S. K Street, Room 3
Sparta, WI 54656-2187


Montana Dept of Env Quality
Attn: Laura D. Vachowski
1100 N. Last Chance Gulch
Helena, MT 59601-2904

Moore O'Connell & Refling
Attn: Barry O'Connell
PO Box 1288
Bozeman, MT 59771-1288

Moore Wallace, an RR Donnelly Co.
22955 Network Place
Chicago, IL 60673-1229


Moore Wallace, and RR Donnelley Co
Attn: Mark Cowen, corp acct manager
16403 Haden Crest Court
Cypress, TX 77429-6817

Michael D Morris
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857

Morrison & Foerster, LLP
Attn: Michele Corash
425 Market Street
San Francisco, CA 94105-2482


Mossner IDM
200 N. Michigan Ave.
2nd Floor
Chicago, IL 60601-5909

Mower County Treasurer
Doug Grah
201 N. 1st Street
Austin, MN 55912-3475

Near North National Title LLC
222 N. LaSalle Street
Chicago, IL 60601-1119


Norwest Surveying Services, Inc.
301 W. Lincolnway
Morrison, IL 61270-2407

Oasis Enterprises, Inc.
Attn: Sheldon S. Ferkey
2975 Swiggum Lane
Wisconsin Rapids, WI 54495-8329

Oppenheimer Wolff & Donnelly LLP
Attn: Ranelle Leier
45 S. Seventh St., Suite 3300
Minneapolis, MN 55402-1650


Orion Systems
Attn: Mike Benton
106-2 Bartlett
Bartlett, IL 60103-4234

PLM Railcar Maintenance Company
50 California Street
San Francisco, CA 94111-4624

PLM Railcar Maintenance Company
655 Montgomery Street
San Francisco, CA 94111-2635


Paul E. Linquist, Project Manager
Real Estate & Remediation Svcs
276 Tank Farm Road
San Luis Obispo, CA 93401-7508

Peer Engineering, Inc.
Attn: Steve Jansen
4801 West 81st St., Suite 118
Minneapolis, MN 55437-1111

People of Illinois
Office of the Attorney General
100 W. Randolph
Chicago, IL 60601-3271


Perkins Coie
Attn: Alex Cole
131 S. Dearborn, Suite 1700
Chicago, IL 60603-5559

Philip I. Mappa Interests
Attn: Philip Mappa
1350 E. Touhy Ave.
Des Plaines, IL 60018-3370

Philip W Goldsmith
60 East End Avenue
New York, NY 10028-7907

Phyllis A Terronez-Fillers
c/o Felipe Vincent Terronez
UGMA Iowa
5315 West River Dr
Davenport, IA 52802-2201

Ryan Jinkston
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105-2992

Pitney Bowes Credit Corporation
PO Box 856460
Louisville, KY 40285-6460

Powell County Attorney
Attn: Chris Miller
409 Missouri Ave.
Deer Lodge, MT 59722-1001

Price Waterhouse Coopers
One N. Wacker Dr.
Chicago, IL 60606-2855

Prime Office Products
400 S. Jefferson Street
Chicago, IL 60607-3822

Principal Financial Group
PO Box 2000
Mason City, IA 50402-2000

Quality Commercial Services
1422 Chalfont Drive
Schaumburg, IL 60194-2732

Quarles & Brady
Attn: Michael Mostow
500 W. Madison, Suite 3700
Chicago, IL 60661-4591

R. Allan Payne
Doney Crowley Bloomquist Payne Uda PC
Diamond Block PO Box 1185
44 West 6th Avenue Suite 200
Helena, MT 59601-5086

RSM McGladrey
Ryan Stretmater
One S. Wacker Dr., Suite 800
Chicago, IL 60606-4650

Railcar Maintenance Company
A Division of Transcisco Industries
601 California Street, Suite 1301
San Francisco, CA 94108-2818

Railcar Maintenance Company
A subsidiary of PLM, Inc.
50 California Street
San Francisco, CA 94111-4624

Railroad Commissary
5460 Melita Road
Santa Rosa, CA 95409

Railroad Properties, LLC
Attn: George Heidgerken
1952 Milwaukee Way
Tacoma, WA 98421-2702

Railroad Properties, LLC
Attn: George Heidgerken
330 N. Jefferson Court, #315
Chicago, IL 60661-1105

Random Lake Oil Company
Attn: Dan Uelman
224 Allen Street
Random Lake, WI 53075

Richard & Catherine Dressler
900 West Warrior Drive
Round Lake, Il 60073-1147

Richard A Daniels
W 9358 Aldercate Dr
Lodi WI 53555-9476

Richard Brandstatter
245 Kenmore
Elmhurst, IL 60126-3519

Richard Brodsky and Allen Blose
1030 SW 118 Terrace
Davie, FL 33325-3800

Robert M Stav
62 Acorn
Highland Park, IL 60035-4302

Robert Short, Reg Agent
Pacific Hide and Fur Depot
PO Box 1549
Great Falls, MT 59403-1549

Travis Rojakovich
Mayer Brown LLP
71 S. Wacker
Chicago, IL 60606-4668

Joy E Roman
Arnstein & Lehr LLP
120 S Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Rosalie Leifer
7 Split Rail Ct
Dix HIlls, NY 11746-5614

Ryan Companies
Attn: MarkSchoening
50 S. 10th Street, Suite 300
Minneapolis, MN 55403-2012

SBC
Bill Payment Center
Chicago, IL 60663-0001

SBC
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606-1839

STS Consultants, Ltd.
Attn: Tom Wolf
11425 W. Lake Park Dr.
Milwaukee, WI 53224-3034

Carolina Y. Sales
Bauch & Michaels, LLC
53 W Jackson Blvd
Suite 1115
Chicago, IL 60604-3566

Savin Corp d/b/a Ricoh Business
PO Box 7213
Chicago, IL 60673-7213

Peter J Schmidt
Polsinelli Shughart, P.C.
180 N. Stetson
Ste 4525
Chicago, IL 60601-6733

Securities and Exchange Commission
c/o Jolene M Wise
175 W Jackson Blvd
Ste 900
Chicago  IL 60604-2908

Seyfarth Shaw LLP
Attn: Andrew R. Laidlaw
55 E. Monroe Street, Suite 4200
Chicago, IL 60603-5713

Sharon L. Truman
2284 W. Barboro Rd
Othello, WA 99344

Sheboygan County Treasurer
508 New York Avenue, Room 109
Sheboygan, WI 53081-4126

Simgraf Corporation
PO Box 938
Bozeman, MT 59771-0938

Simple Distributors, LLC
2000 W. Carroll Ave.
Suite 403
Chicago, IL 60612-1677

Smithfield Properties, LLC
Attn: Bill Smith
400 W. Huron Street
Chicago, IL 60654-3492

Soo Line Railroad Company d/b/a
Canadian Pacific Railway Larry B
Ricke Leonard Street & Deinard
150 South 5th St S 2300
Minneapolis, MN 55402-4238

George J. Spathis
Levenfeld Pearlstein, LLC
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602-3709

Special Asst Atty General
MT Dept of Environmental Quality
1100 N. Last Chance Gulch
Helena, MT 59601-2904

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St. Louis Mercantile Library
Thomas Jefferson Library
8001 Natural Bridge Road
Saint Louis, MO 63121-4401

State of Georgia Dept of Revenue
Taxpayer Service Division, Ste. 180
Century Boulevard NE
Atlanta, GA 30345-3205

State of Montana ex rel Dept Environmental Q
R. Allan Payne
Doney Crowley Bloomquist Payne UDA P.C.
Diamond Block, Suite 200
44 West 6th Avenue
Helena, Montana 59601-5085

State of Wisconsin Department
of Revenue
PO Box 8901
Madison, WI 53708-8901

State of Wisconsin Dept of
Natural Resources Richard E
Braun Asst Atty General
PO Box 7857
Madison, WI 53707-7857

State of Wisconsin-Department of Natural Res
P. O. Box 7857
Madison, WI 53707-7857

Stephenson County Collector
15 N. Galena Ave.
Freeport, IL 61032-4393

Randall M Stone
US Department of Justice
P O Box 7611
Washington, DC 20044-7611

Story Distributing Co.
PO Box 1201
Bozeman, MT 59771-1201

Susan Tjarksen
650 Isle of Palms
Fort Lauderdale, FL 33301-2510

Suzanne M. Hanaman City Treasurer
5909 N. Milwaukee River Pkwy
Milwaukee, WI 53209-3815

Swanson & Associates
Attn: Paul Swanson
401 E. Prospect Ave., Suite 201
Mount Prospect, IL 60056-3396

TDI
211 E. Ontario
Suite 900
Chicago, IL 60611-3279

The Amelia B Pearson Trust f/b/o Robert H Pe

The Depository Trust Company
PP Box 27590
New York, NY 10087-7590

The Investor Relations Company
2340 S. River Rd.
Suite 200
Des Plaines, IL 60018-3223

Thomas Power, Jr.
1340 Greenbrier Road
Libertyville, IL 60048-2426

Laura A Thoms
US Department of Justice
Environment and Natural Resources Div
601 D Street NW
ENRD Mailroom Rm 2121
Washington, DC 20530-0034

Steven B Towbin
Fox Rothschild LLP
321 N Clark St
Suite 800
Chicago, IL 60654-4766

Town of Windsor
4048 Mueller Rd
De Forest, WI 53532

Transcisco Industries, Inc. - RMC
William S. Karol
601 California Street, Suite 1301
San Francisco, CA 94108-2818

Transcisco Industries, Inc. - RMC
William S. Karol & Steven Zoellin
601 California Street, Suite 1301
San Francisco, CA 94108-2818

Treasurer of Grant Cty Washington
Darryl Pheasant
35 C  Street, Rm 204
Ephrata, WA 98823-1685

Trinity Industries, Inc.
Heather Perrtula
Deputy General Counsel
2525 Stemmons Freeway
Dallas, Texas 75207-2401

Trinity Industries, Inc.
Theis Rice, General Counsel
2525 Stemmons Freeway
Dallas, TX 75207-2401

Trinity Rail Services Company
Attn: Steven R. Zoellin
601 California Street, Suite 1301
San Francisco, CA 94108-2818

Trinity Railcar Repair, Inc.
Heather Perrtula
Deputy General Counsel
2525 Stemmons Freeway
Dallas, Texas 75207-2401

Trinity Railcar Repair, Inc.
c/o Catherine A. Laughner
139 North Last Chance Gulch
Helena, MT 59601-4125

US Army Corps of Engineers
Real Estate Division PO Box 3755
4735 E. Marginal Way South
Seattle, WA 98134-2388

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Borax Inc
c/o Morrison & Foerster LLP
425 Market Street
Attention: Adam A Lewis Esq
San Francisco, CA 94105-2467

US Dept of Justice Environmental
Enforcement Section on behalf of
US of America EPA c/o R Stone & L Thoms
PO Box 7611
Washington, DC 20044-7611

US EPA, Region 5
Attn: Richard Nagle
Mail Code C14J
Chicago, IL 60604

US EPA, Region 5
Attn: Tom Krueger
77 W. Jackson Blvd.
Chicago, IL 60604-3608

US Securities and Exchange Comm
Merri Jo Gillette, Regional Dir
175 W. Jackson Blvd. #900
Chicago, IL 60604-2815

Union Pacific Railroad
1800 Farnam Street
Omaha, NE 68102-1946

United Data Service Corporation
5356 N. Northwest Highway
Chicago, IL 60630-1136

United States of America (on behalf of the U

United States on behalf of
U S EPA
Laura Thoms US DOJ
PO Box 7611
Washington, DC 20044-7611

Urlab, Bowen & Associates, Inc.
120 N. LaSalle Street
Suite 1500
Chicago, IL 60602-2491

Vedder Price Kaufmann & Kammholz PC
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1104

Verizon Wireless
Operations Support
777 Big Timber Road
Elgin, IL 60123-1488

Verizon Wireless
PO Box 790406
Saint Louis, MO 63179-0406

Viacom
Attn: Sandy Lukic, landlease Div
49-29 Maspeth Ave.
Maspeth, NY 11378-2233

Viking Printing
53 W. Jackson Blvd.
Chicago, IL 60604-3606

Village of Albany
Attn: Greg Anglese
101 N. Lime Street
Albany, IL 61230-7738

Village of Schaumburg
Attn: Elmer Mannina
101 Schaumburg Court
Schaumburg, IL 60193-1881

Washington County Treasurer
Jane Gettleman
432 E. Washington Street
West Bend, WI 53095-2530

Washington County Treasurer
PO Box 1986
West Bend, WI 53095-7986

Washington State Dep't of Ecology
PO Box 47600
Olympia, WA 98504-7600

Weil Gotshal
200 Crescent Ct.
Suite 300
Dallas, TX 75201-6903

Weinberg Richmond LLP
333 W. Wacker Drive
Suite 1800
Chicago, IL 60606-1288

Weinstine Shirk & Buckwaiter
Attn: Bill Shirk
301 E. Main Street
Morrison, IL 61270-2858

Wildflower, LLC
Paul A Lucey Esq
Michael Best & Friedrich LLP
100 E Wisconsin Ave #3300
Milwaukee, WI 53202-4108

Wilfredo D Fagundo
36 Ridge Road
Bloomingdale, NJ 07403-1939

William J. Griffin, P.C.
20 S. Clark St
Chicago, IL 60603-1802

Alan C Williams
Office of the Attorney General
445 Minnesota Street
900 Bremer
St Paul, MN 55113

Wisconsin Department of Revenue
P.O. Box 8965
Madison, WI 53708-8965

Wisconsin Dept of Agriculture Trade
and Consumer Protection
2811 Agriculture Dr.
Madison, WI 53718-6777

Wisconsin Dept of Commerce
PO Box 8044
Madison, WI 53708-8044

Wisconsin Dept of Natural Resources
101 S. Webster Street
Madison, WI 53703-3474

Wisconsin Dept of Natural Resources
4041 N. Richards Street
Milwaukee, WI 53212-1232

Wisconsin Dept of Natural Resources
990 Hillcrest, Suite 104
Baldwin, WI 54002-9263

Wisconsin Dept of Transportation
Attn: Larry Stein
942 Friesland Road
Marshall, WI 53559-9713

Wisconsin Ethics Bd
44 E. Mifflin St.
Suite 601
Madison, WI 53703-4246

Wisconsin River Co-Op Services
Tim Diemert, CEO
351 Railroad Street P.O. Box 729
Adams, WI 53910-0729

Wisconsin State Building Commission
101 E. Wilson Street 7th Floor
Madison, WI 53703-3405

Zigman Joseph Stephenson
Attn: Craig Peterson
735 W. Wisconsin Ave., Suite 1200
Milwaukee, WI 53233-2431

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury-Internal Revenue
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114

Georgia Department of Revenue
Compliance Division
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

(d)Intenal Revenue Service
Department of the Treasury
PO Box 21126
Phialedlephia, PA 19114

Sprint
PO Box 88026
Chicago, IL 60680-1206

US Bank NA
Attn: Beverly Thompson
60 Livingston Ave.
St. Paul, MN 55107

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael Adanuncio

(u)Lawrence Adelson

(u)American Express Travel Related Services C

(u)Smith Barney

(u)Marshall P Bartlett

(u)Norton J Blochan

(u)William C Brady

(u)Richard R Brandstatter

(u)Lorie Bursey

(u)Kenneth S Bush

(u)Peter & Cynthia Carmack

(u)City of Austin

(u)Colliers Bennett & Kahnweiler Inc

(u)Dane County Corporation Counsel

(u)Richard Daniels

(u)Deloitte Financial Advisory Services LLP

(u)Charles A DuCharme

(u)Lynne & Walter W Duncanson Jr

(u)John Durgerian

(u)Dynamex Inc

(u)Environ International Corp

(u)FRC Kinzie/Clinton LLC

(u)Robert J Fay

(u)Focal Enterprises Ltd

(u)Herbert Freund

(u)Friebert, Finerty & St John SC

(u)GtG Investment Partnership by Gilbert Krei

(u)General Motors

(u)Georgia Department of Revenue

(u)Barbara Glasrud

(u)Mary K Goddard

(u)Grace M Gwynn

(u)Jay R Harris

(u)Charles J Harrison

(u)Richard Helmholz

(u)Hennepin County Regional Railroad Authorit

(u)Herbert Freund
3202 Portofino Point
Coconut Creek FL17

(u)James Hoffman

(u)Stephen A Hunt

(u)Grace P Jackson

(u)Edwin Jacobson

(u)Katten Muchin Rosenman LLP

(du)Katten Muchin Rosenman LLP

(u)Sylvester L Kellen

(u)Thomas L Kempner

(u)Kirock Partners LP

(u)Thomas H Koch

(u)LaSalle Bank, N.A.

(u)Le Petomane XVI Inc

(u)LePetomane XVIII, Inc., not individually b

(u)Guy C Leonard

(u)Elizabeth J Levings

(u)Monte E & Roseline Livingston

(u)MLPF S Cust FPO Monte E Livingston RO IRA

(u)MSR Capital Partners LP by Martin S Rohe   (u)Adele C Marek   (u)Alice L Marler

(u)Robert J Mattingly   (u)Robert J Mavon   (u)Elizabeth Maysilles

(u)Anthony Mazzone   (u)Helen Marie McGlinchey   (u)John W McIntosh

(u)Metra   (u)Minnesota Department of Agriculture   (u)Joseph Miressi

(u)Office of The Corporation Counsel Portage   (u)Pacific Hide & Fur Depot   (u)Donald J Pearson

(u)Popowcer Katten LTD   (u)Peter & Despina Psirakis   (u)Thomas Quinn

(u)Richard H Riley   (u)John S Risbeck   (u)Steven J Roberts

(u)Rsm Mcgladrey Inc   (u)Rumberger Limited Partnership by Gilbert K   (u)STS Acquisition Company

(u)Anne Marie Schubert   (u)Securities And Exchange Commission   (u)Shaw Fishman Glantz  Towbin LLC

(u)Shaw Fishman Glantz & Towbin LLC   (u)Shaw Gussis Fishman Glantz Wolfson & Towbi   (u)Daniel L Staral

(u)State of Montana ex rel. Department of Env    (u)State of Wisconsin    (u)Richard Sutter

(u)Matthew A. Swanson    (u)Chryssie B Tavrides    (u)The Bank of New York

(u)The Estate of Amelia Pearson    (u)The Investor Relations Co    (u)The Northern Trust Company

(u)Town of Windsor    (u)Trinity  Industries Inc    (u)Trinity Railcar Repair, Inc.

(u)Kathlyn C Troxell    (u)Martin Tully    (u)Sheldon K Turner

(u)United States Of America    (u)Clair D Van Sickle    (u)Roberto Verthelyi

(u)Lois West    (u)Byron R Wien    (u)Anthony A Yoseloff

(u)Ezra K Zilkha    (u)Phillip L Zweig    End of Label Matrix
Mailable recipients   321
Bypassed recipients   107
Total                 428

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CMC HEARTLAND PARTNERS, *et al.*, | ) | Case No. 06-04759 |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Hon. Deborah L. Thorne |
|  | ) |  |
|  | ) | Hearing Date: April 2, 2019 |
|  | ) | Hearing Time: 10:00 a.m. |

**LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING**
**TERMINATION OF TRUST AND FOR ENTRY OF FINAL DECREES**

LePetomane XVIII, Inc., not individually, but solely in its capacity as Liquidating Trustee (the "**Trustee**") for the CMC Heartland Partners Liquidating Trust (the "**Trust**"), successor to the assets of the bankruptcy estates of CMC Heartland Partners, HTI Interests, LLC, Heartland Partners, L.P., CMC/Heartland Partners Holdings, Inc., and Heartland Development Corporation (together the "**Debtors**"), requests the entry of an order approving the termination of the Trust and the entry of final decrees closing the Debtors' chapter 11 cases (the "**Motion**"). In support of this Motion, the Trustee respectfully states as follows:

**Background and Jurisdiction**

1.     On April 28, 2006, the Debtors filed related voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing cases in this Court. The Debtors' chapter 11 cases are being jointly administered under the CMC Heartland Partners case no. 06-04759. The other Debtors' case numbers are as follows:  HTI Interests, LLC (06-04765), Heartland Partners, L.P. (06-04764), CMC/Heartland Partners Holdings, Inc. (06-04761), and Heartland Development Corporation (06-04766).

2.      On November 7, 2006 (the "**Confirmation Date**"), the Court confirmed the Debtors' Second Amended Joint Plan of Liquidation (the "**Plan**").  [Doc. 329]

3.      Pursuant to Section 8.1 of the Plan, the Court retained subject matter jurisdiction of the Debtors' chapter 11 cases and all proceedings arising therein or related thereto, including proceedings that aid the consummation of the Plan, until the entry of a final decree.

4.      Accordingly, this Court has subject matter jurisdiction, and both statutory and constitutional authority to hear and finally adjudicate this Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.  Moreover, venue is proper under 28 U.S.C. § 1408.

## Relief Requested and Basis for Relief

5.      By this Motion, the Trustee requests the entry of an order approving the termination of the Trust pursuant to Article VI of the Plan and for entry of final decrees closing the Debtors' chapter 11 cases.

6.      Article VI of the Plan provides that "[t]he Liquidating Trust shall continue until such time as the termination of the Liquidating Trust is approved by the Bankruptcy Court after distribution of all of the Trust Assets."  *Id.*

7.      The Plan further contemplates the Court's retention of jurisdiction over the Debtors' chapter 11 cases until the entry of final decrees closing the Debtors' cases.  *Id.*, Art. 8.1; *see also* Art. 10.6.

8.      As set forth in the periodic status reports filed by the Trustee since the Confirmation Date and as summarized in the Trustee's contemporaneously filed Motion for Entry of an Order Authorizing Abandonment of the Debtors' Real Property Holdings, the Trustee has completed the liquidation of the Trust Assets as contemplated by the Plan.  The proceeds generated from the liquidation of the Trust Assets have largely been consumed by the

2

extensive environmental characterization, risk assessment and remediation tasks performed by the Trust professionals since the Confirmation Date on more than fifty environmentally-impacted properties of the Debtors pursuant to the agreement between the Debtors and EPA as reflected in Exhibit B to the Plan.   At this time, the Trust only has enough resources to complete the necessary administrative tasks associated with closing the Trust, including the filing of a final tax return and destroying business records.   The Trustee estimates that little or no funds will remain in the Trust upon the completion of these administrative tasks, but has agreed to distribute any remaining funds to the State of Wisconsin on account of additional environmental work that was required on the Debtors' property located in Nashotah, WI.   Accordingly, there will be no distribution of Trust Assets to the beneficiaries of the Trust.

9.     Based on the foregoing, the Trustee submits that termination of the Trust is appropriate and should be approved by the Court along with the entry of final decrees closing the Debtors' chapter 11 cases.   As required by the Plan, the Trustee will pay any statutory fees due to the Office of the United States Trustee through the date on which final decrees are entered in the chapter 11 cases.

10.     A copy of this Motion has been served on all creditors and all parties that have requested notice in the Debtors' cases.

**WHEREFORE**, the Trustee respectfully requests the entry of an order: (i) approving termination of the Trust; (ii) entering final decrees in the Debtors' chapter 11 cases; and (iii) granting such other and further relief as the Court deems appropriate under the circumstances.

91390928.v2

Respectfully submitted,

LePetomane XVIII, Inc., not individually,
but solely in its capacity as Liquidating
Trustee for the bankruptcy estate of CMC
Heartland Partners

Dated:  March 18, 2019

By:  ___/s/ Gordon E. Gouveia_____
       One of its attorneys

Steven B. Towbin (#2848546)
Gordon E. Gouveia (#6282986)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 980-3816  telephone
ggouveia@foxrothschild.com

91390928.v2